94

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Robert (Shayla-René) Plaster,

Plaintiff,

POOR QUALITY ORIGINAL

Case: 2:25-cv-12045
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/8/2025
Description: PRIS PLASTER V. WASHINGTON ET AL (AB)

v

Heidi Washington, Marti Kay Sherry,
Amy Clark, Lt. Unknown Owens, Kim Cargor,
Unknown Jarrett, Carmen McIntyre, Theadia Carey,
James Blessman, David Dawdy, Fadi Ibrahim,
E'Coe Hill, Rosilyn Jindal and Raziuddin Ali,

Defendants,

______________________________/

CIVIL RIGHTS COMPLAINT W/ JURY DEMAND

-Introduction-

This is a civil rights action filed by Robert (Shayla-René) Plaster (hereinafter "Plaster") a state prisoner seeking declaratory, injunctive relief and damages under the Americans with Disabilities Act (ADA), the Rehabilitation Act (RA), 42 U.S.C. §§ 1983 and 1997e, alleging violations of her Fourth, Eighth, and Fourteenth Amendment protections. Plaster also alleges violations of her state protected rights under Const. 1963, art. 1 § 16, MCL 330.1722, and MCL 37.2102 (Elliot-Larsen Civil Rights Act).

-Previous Lawsuits-

Plaster has filed two previous lawsuits in the U.S. District Court. See, Plaster v Washington, Case No. 1:23-cv-00591 (Terminated) ; and Plaster v Heyns, Case No. 2:15-cv-14 (dismissed)

-Jurisdiction-

1) This Court has jurisdiction over Plaster's federal claims under 28 U.S.C. §§ 1331(1) and 1343.

2) This Court has supplemental jurisdiction over Plaster's state claims under 28 U.S.C. § 1367.

-Parties-

3) Plaintiff, Shayla-René Plaster, is a transgender prisoner being housed at the Thumb Correctional Facility, located at 3225 John Conley Drive, Lapeer, Mich. 48446. At all times relevant herein, Plaster has been in the custody of the Michigan Department of Corrections (MDOC).

4) Defendant, Heidi Washington is the Director of the MDOC, located at: Grandview Plaza, 206 E. Michigan Ave., P.O. BOX 30003, Lansing, Mich. 48909. Part of her duties include, but are not limited to, creating and adopting policies and procedures to be followed by MDOC personnel, as well as ensuring the health and safety of prisoners in her care. She also has a duty to properly train her subordinates to uphold and enforce the constitution. She is being sued in her official capacity under the ADA and RA.

5) Defendant Marti Kay Sherry, is the Director of the Bureau of Health Care Services (BHCS) within the MDOC, located at: Same as above. Her duties include, but are not limited to, coordinating and monitoring health care services for prisoners and the treatment of seriously mentally ill prisoners via the corrections

mental health program. Upon information and belief, Sherry is a member of the Gender Review Committee (GRC), and has the final approval in what constitutionally adequate treatment or procedures are provided to trans prisoners. She is being sued in her individual capacity for the constitutional claims and her official capacity under the ADA and RA.

6) Defendant, Amy Clark, is a member of the GRC, a subdivision of the BHCS, located at: same as above. Upon information and belief, her duties include, but are not limited to, providing constitutionally adequate health care, treatment, and procedures for prisoners diagnosed with Gender Dysphoria. She acted in the role of 1st Level Reviewer on each request for Gender Reassignment Surgery (GRS) and has an unwritten custom of denying each request. She is being sued in her individual capacity.

7) - 14) The following Defendants are all members of the GRC[1]: Chief Medical Officer Carmen McIntyre, Chief Psychiatric Officer Theadia Carey, James Blessman, M.D., David Dawdy, M.D., Fadi Ibrahim, M.D., E'Coe Hill, Physician Assistant, Rosilyn Jindal, Physician Assistant, and Raziuddin Ali, M.D. They are located at: same as above. Their duties include, but are not limited to, providing constitutionally adequate health care, treatment, and procedures for prisoners diagnosed with Gender Dysphoria. Upon information and belief, they review each request for GRS and have an unwritten custom of denying each request. They are being sued in their individual capacities.

15) Defendant, Kim Cargor, is the Warden at the Cotton Correctional Facility (JCF), located at: 3500 N. Elm Road, Jackson, Mich. 49201. Her duties include, but

---

FN 1: (Hereinafter "GRC Defendants")

are not limited to, upholding and enforcing the constitution while ensuring her subordinates are properly trained to do the same. Her duties also include ensuring the health and safety of the prisoners within her care. She is being sued in her individual capacity.

16) Defendant Unknown Jarrett, is the Deputy Warden at JCF, located at: same as above. His duties include, but are not limited to, upholding and supporting the constitution and overseeing the day-to-day operations of the facility. He also has a duty to ensure the health and safety of all prisoners within his care. He is being sued in his individual capacity.

17) Defendant, Unknown Owens, is a Lieutenant at JCF, located at: same as above. As a supervisory level employee, his duties include, but are not limited to upholding and supporting the constitution, as well as ensuring the health and safety of prisoners while he is on duty. He is being sued in his individual capacity.

-Factual Background-

18) Plaster has been living as a transgender woman since at least 2005 although she hid it from her family. She has always had a strong desire to identify and live her life as a woman. The inability to obtain gender affirming surgery (GAS) has left her with a constant feeling of distress, depression, anxiety, and wanting to remove her genitals on her own accord. (Appx. A, Affidavit of Robert (Shalya-René) Plaster, ¶ 2, 3). Prior to prison, Plaster began hormone therapy, laser hair removal, and had a vasectomy in preparation of her transition. Id. at 4.

19) When she came to prison in October of 2012, she was diagnosed with Gender Dysphoria (302.85 (F64.1))(formerly known as Gender Identity Disorder), the same diagnosis she had from outside doctors. Id. at 5. The American Psychiatric Association has already classified Gender Dysphoria as a severe mental disorder.

20) On August 29, 2013, Plaster had this diagnosis abruptly removed with no

notice or justification. Id. at 6. This new diagnosis alleged a simple Personality Disorder, NOS (301.9).

21) After several years of failed attempts to be treated for her Gender Dysphoria, medical officials with the BHCS reinstated her previous diagnosis on January 15, 2019, Id., albeit with some alterations. The MDOC now has Plaster diagnosed with Gender Dysphoria, Unspecified (302.6 (F64.9))[2]

22) Upon information and belief, these alterations were designed by Defendant Sherry, the Director of the BHCS, to prevent any trans prisoner from receiving surgical intervention within the MDOC as none would ever "fit the criteria" for surgery. PA Couturier stated the purpose for this diagnosis was because the GRC could not prove who was gender dysphoric prior to prison. (Appx. L, Affidavit of Josh Mitchell, ¶ 3).

-Efforts to obtain surgical intervention-

23) On April 11, 2019, Plaster once again began receiving her hormone therapy in an attempt to alleviate some of the overwhelming distress of Gender Dysphoria. However, knowing that hormone therapy alone would not suffice, she began requesting surgery from her doctors, mental health providers, and the Gender Review Committee (GRC). (Appx. A, ¶ 8).

24) These requests were made under Policy Directive 04.06.184(Q), which asserts that "surgical procedures for initiation, advancement, or maintenance of sex reassignment shall be on a case by case basis." This policy has not been updated by Defendant Washington since, and upon information and belief, not one request for reassignment surgery has been granted by the MDOC.

FN 2: "This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The unspecified gender dysphoria category is used in situations in which the clinician chooses not to specify the reason that the criteria are not met for gender dysphoria, and includes presentations on which there is insufficient information to make a more specific diagnosis." See (Appx. N, DSM-5, pg. 459).

25) Although Plaster has been seeking reassignment surgery for years, she will outline her efforts beginning on July 6, 2022 when Defendant Clark (utilizing Defendant Sherry's customs) denied another of Plaster's requests for Orchiectomy and Vaginoplasty. (Appx. B-1, GRC Denials)

26) Twice in November of 2022, Plaster requested surgery: Once from her Nurse Practitioner, Melanie Bale, and once from her Psychologist, Gail Proctor. (Appx. C). Upon information and belief, both requests were denied.

27) On January 27, 2023, PA Gina Couturier (a member of the GRC) evaluated Plaster via telemed and again documented Plaster's request for surgery. On February 7, 2023, GRC Defendants asserted Plaster "does not meet criteria for surgical intervention," (Appx. B-5) again using criteria set forth by Defendant Sherry.

28) As her Gender Dysphoria continued causing distress, Plaster sought alternative surgeries in hopes of relieving some of the agony. She sought consideration for breast augmentation, thyroid reduction, voice modification surgery, facial feminization, blepharoplasty, laser hair removal or gluteal augmentation. (Appx. D) Plaster did not expect all of the surgeries, but hoped for some kind of surgical relief.

29) Plaster received another blow to her treatment on May 24, 2023 when she was told by PA Couturier that "no surgeries have been approved" by GRC Defendants.

30) Plaster's July 3, 2023 appointment with Couturier resulted in the same outcome with Plasters' request for surgery being "noted" but not considered. (Appx. B-6) Defendant Clark "noted" the request, but still denied it on December 6, 2023. (Appx. B-10)

31) On February 23, 2024, Plaster sent letters to Defendant Washington, the GRC, and the BHCS, informing each of them how her Gender Dysphoria was impacting her and seeking surgical intervention. (Appx. E, Letters to Defendants). The only response received was from the BHCS, which provided no legitimate answers. Plaster

filed a grievance on February 27, 2024. See JCF2402-0489-04Z.

32) Not knowing which way to turn for relief, Plaster submitted an ADA Request for Accommodation hoping to be approved for some type of surgical relief. See ADA Identifier: SRF 08-846864. Plaster was informed that her sole recourse was through the BHCS and the grievance process. None of which have been successful.

33) This cycle continued over and over for several months despite knowing Plaster's position that "My surgery is the only thing that matters," and "Surgery is weighing on me." (Appx. F, 3/13/24 Mental Health Progress Note). Specifically, her day-to-day life has been severely limited because all she can think about is gender affirming surgery and how she feels living in the wrong body. (Appx. A, ¶ 10).

34) After arriving at the Thumb Correctional Facility, Plaster submitted another ADA Request seeking surgery. See ADA Identifier: TCF 20250-01-01. Although this request was likewise denied, it provided more information than any medical provider or grievance response. Plaster was informed that the "MDOC is following the recommendations of the GDRC in accordance with policy and procedures."

35) On January 6, 2025, Plaster filed a grievance due to being deprived of adequate medical care and seeking surgery for her Gender Dysphoria. See TCF2501-043-12Z.

36) Defendant Clark, remaining ever consistent, "noted" Plasters request for surgery on February 5, 2025, yet still denied it. (Appx. B-13). This was further confirmed by PA Couturier on February 18, 2025 when she acknowledged "surgery was not approved at this time." (Appx. B-12).

37) Fed up with the deliberate indifference to her serious medical needs, Plaster requested the names of the GRC members as well as the criteria for surgical intervention. Not surprisingly, these answers were unavailable. (Appx. G, pg. 1 & 2).

-Efforts to obtain search accommodation-

38) In November of 2023, the MDOC updated Policy Directive 04.04.110 to permit transgender prisoners to request that pat downs and strip searches be conducted by staff consistent with the prisoner's gender identity. This request had to be submitted on form CSJ-880. (Appx. H, Request/Appeal for a Search Accommodation).

39) Under PD 04.04.110(www), a prisoner's request shall be approved "unless the prisoner has a history of inappropriate sexual behavior that poses a risk to staff." This does not imply that every person with a Criminal Sexual Conduct conviction is automatically excluded. Instead, Defendants Cargor, Jarrett and Chapman have used this language to discriminate against any trans prisoner with a CSC conviction regardless of the circumstances or proof that the conviction poses a threat to staff.[3]

40) In December of 2023, Plaster submitted her request for a search accommodation while at JCF using form CSJ-880. Her request was denied by Defendants Jarrett and Cargor on December 7, 2023 "due to history of CSC case." Plaster appealed the denial to Defendant Chapman as well as filed a grievance. See JCF2312-2247-04Z.

41) Four months after this discriminatory denial, Plaster was subjected to a humiliating strip search in front of a male officer despite her request for a female officer, a body scanner, or at the very least have a woman present. (Appx. A, ¶ 14). Defendant Owens smirked and refused each request before giving Plaster a direct order to strip for his officer. See JCF2024-04-0839-28B.

FN 3: To the best of Plaster's knowledge, information and belief, this custom of denying trans prisoners with CSC convictions is a state wide custom initiated by Defendant Chapman. This discrimination has been brought to the attention of Defendant Washington on or around March. 13, 2025. (Appx. I, Request for Declaratory Ruling).

42) Plaster reluctantly complied but turned to face the wall so the officer could only view her back and not her breasts. While Plaster was visibly shaken and on the verge of tears, the officer conducting the search actually apologized and promised to make it as quick as possible. He agreed that Plaster's suggested alternatives were reasonable and there was no reason why Owens could not have complied.

43) Days after this humiliating encounter, Plaster was subjected to another demeaning search when she was leaving the Education Building. Several officers crowded around the podium while talking and joking. One officer requested a pat down and Plaster replied, "I'm gender dysphoric," meaning staff are to use appropriate pat down techniques. When the officer grabbed her breasts and she jumped away, the remaining officers burst into laughter.

44) None of these humiliating incidents would have occurred had Defendants Cargor, Jarrett and Chapman not discriminated against Plaster and denied her search accommodation request.

45) Plaster will continue being subjected to unconstitutional encounters and live in daily fear of being groped by male officers until she is given gender affirming surgery or her search accommodation is approved.

I. Because Defendants Washington and Sherry have unconstitutionally applied Policy Directive 04.06.184(K) & (Q), and 03.04.100(II) & (JJ), they have violated Plaster's rights under the ADA?RA by their deliberate failure or refusal to accommodate her disability.

46) The ADA and Section 504 of the RA "prohibit public or federally funded entities, including prisons, from discriminating against disabled individuals while operating services or programs."

47) Title II of the ADA provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be

subjected to discrimination by any such entity."

48) Similarly Section 504 of the RA protects any "otherwise qualified individual" from being excluded from the participation in, being denied the benefits of, or being subjected to discrimination under specified programs "solely by reason of her or his disability."

49) Plaster has demonstrated that Gender Dysphoria is recognized as a disability, making her a "qualified individual" under the ADA/RA. Defendants Washington and SHerry have been made aware that standard hormone therapy alone is insufficient to accommodate Plaster's level of disability and refuse to provide her the required level of care.

50) Defendant Washington has implemented several policies which, on its face, appear to permit surgical intervention on a case-by-case basis. PD 04.06.184(K),(Q), and 03.04.100(II),(JJ).[4] However, none of these policies have ever been used to approve gender affirming surgeries in the MDOC. The application of these policies have actively been a <u>hindrance</u> to Plaster's disability.

51) Defendant Sherry has authorized the BHCS to alter the diagnosis of gender dysphoric prisoners who would otherwise qualify for surgical intervention. Specifically, Plaster was initially diagnosed with Gender Dysphoria (302.85 (F64.1)) in society which any medical provider would acknowledge requires surgery to treat Plaster's level of dysphoria. However, Defendant Sherry has ensured that all gender dysphoric prisoners within the MDOC are diagnosed with Unspecified, Gender Dysphoria (302.6 (F64.9)) which gives prison officials too much room to substitute their discretion over the needs of prisoners.

---

FN 4: PD 03.04.100(II) "Cosmetic, corrective, and reconstructive surgery shall be authorized for a prisoner only if it is determined medically necessary and only if approved by the CMO. It shall not be approved if the sole purpose is to improve appearance."
(JJ) "Before referring a prisoner for cosmetic, corrective, or reconstructive surgery, the Medical Provider shall monitor the prisoner's condition for an appropriate period of time to establish the actual degree of disability or dysfunction. The feasibility of cosmetic, corrective, or reconstructive surgery

52) As a result of this policy and custom, not one trans prisoner within the MDOC has "met the criteria" for surgical intervention.

53) Defendant Washington has likewise failed to accommodate Plaster's severe disability by refusing to grant her request for a Search Accommodation under PD 04.04.110, which would allow Plaster to only be searched by female staff except for exigent circumstances.

54) The Prison Rape Elimination Act (PREA), 28 C.F.R. § 115.15, limits cross-gender viewing, pat-downs, and strip searches to "exigent circumstances" and requires that all such searches be documented. The constant thought of being groped by males sends Plaster into further distress every day, and without the search accommodation, she has no actual remedy for when these violations occur.

II. Defendant's Sherry, Clark, and the GRC Defendants have individually and collectively been deliberately indifferent to Plaster's serious medical needs by refusing to provide a management plan which includes surgical intervention.

55) Prison officials violate the Eighth Amendment when they are deliberately indifferent to the serious medical needs of prisoners within their care.

56) Gender Dysphoria has widely been known and accepted as a serious medical need, meaning Plaster is being subjected to conditions posing a substantial risk of serious harm. She suffers significant distress directly connected to living as a woman trapped in a mans body. Each of these defendants are medical professionals and are well aware of the severity of Gender Dysphoria if untreated.

---

shall be evaluated to determine whether to make a referral. This shall include evaluating the expected improvement in the prisoner's level of functioning, any risks and their probabilities, and available non-surgical treatment alternatives."

57) The World Professional Association of Transgender Health (WPATH), the leading association for transgender care has set forth several standards for providing adequate care to transgender individuals in society and in prison. As it relates to gender affirming surgery, WPATH has six criteria (which has been widely adopted by the medical community) which must be met:

A) "persistent, well documented gender dysphoria,"

B) "capacity to make a fully informed decision and to consent for treatment,"

C) "age of majority,"

D) "if significant medical or mental health concerns are present, they must be well controlled,"

E) "12 continuous months of hormone therapy as appropriate to the patient's gender goals,"

F) "12 months of living in a gender role that is congruent with their gender identity." (Appx. J, WPATH Standards, pg. 60)

58) Plaster meets each criteria. She has been on hormone therapy for six years and has reached the maximum benefit from it. She has experienced physical changes including breast development, facial feminization, redistribution of body fat, testicles and penis have inverted, and a change in body odor. She now has the same circulating hormones as a cisgender woman. Likewise, Plaster has no other significant medical or mental health concerns separate from Gender Dysphoria that would prevent surgical intervention.

59) Surgery - particularly genital surgery - is often the last and most considered step in the treatment process for Gender Dysphoria. While many transgender individuals find comfort with their identity, role, and expression without surgery, for many others (like Plaster) surgery is essential and medically necessary to alleviate their Gender Dysphoria. For the latter group, relief cannot be achieved without modification of their primary and/or secondary sex characteristics to

establish greater congruence with their gender identity.[5]

60) Defendant's Sherry, Clark, and the remaining GRC Defendants were well aware that hormone therapy alone would not suffice for Plaster's treatment, and knew that prolonged use of hormones resulted in a blood clot in her right leg (Appx. K, Hospital Records, pg. 1-6), yet continued to deny her requests for surgery.

61) A deliberately indifferent state of mind may be inferred when the course of treatment chosen was medically unacceptable under the circumstances, and they chose this course of treatment in conscious disregard of an excessive risk to Plaster's health.

62) In fact, it is common knowledge in the medical community that the hormones prescribed to Plaster by Defendants are to only be used for a maximum of 5-years (Appx. M), yet Defendants use hormone therapy as a permanent substitute for surgery, despite knowing the risks of long-term usage.

63) This is not a situation where there is a simple disagreement regarding the type of treatment being provided. This is a case where surgical intervention is "medically necessary" and the GRC Defendants chose a different course of treatment "with full awareness" of Plaster's suffering. They were well aware of her history of attempted self-castration, her history of depression, as well as suicide attempts. (Appx. A, ¶ 2-3, & 8).

FN 5: This WPATH standard of care has also been adopted by, inter alia, the International Journal of Transgenderism, Version 7, Chp. 13, pg. 199 (2011), and Endocrine Treatment of Gender Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Guideline, pg. 3872 (Nov. 2017).

III. Defendants Chapman, Cargor and Jarrett have deliberately discriminated against Plaster by refusing to grant her Search Accommodation based solely on her criminal conviction.

64) To establish a claim of discrimination, Plaster must plausibly allege that Chapman, Cargor and Jarrett treated her disparately as compared to similarly situated persons and that such disparate treatment either burdens a fundamental right, targets a suspect class, or has no rational basis.

65) Under PREA Standards, 28 C.F.R. § 115.15, cross-gender pat-downs and strip searches are to be limited to exigent circumstances. Although Defendants are not bound by PREA requirements, they are well aware of the risk of harm imposed by forcing cross-gender pat-downs and strip searches.

66) Defendants Chapman, Cargor and Jarrett have barred Plaster from being approved for a special search accommodation in which she would only be searched by female staff. These defendants - without any supporting evidence - concluded that Plaster's first and only criminal conviction somehow constitutes a "history of inappropriate sexual behavior" that makes her a threat to staff.

67) Plaster, and several other transgender prisoners have been denied this accommodation based solely on having a conviction for criminal sexual conduct. However, Defendants cannot show that these specific prisoners pose a higher safety risk than transgender prisoners convicted of other violent offenses.

IV. Defendant Owens violated the Fourth Amendment by knowingly subjecting Plaster to an unreasonable search by a male officer despite female officers being available.

68) The Fourth Amendment protects individuals from unreasonable searches and seizures. To determine whether a search of a prisoner is unreasonable, courts must balance (1) the scope, manner and location of the search, (2) the need for the search, and (3) whether the search was reasonably related to legitimate penological interests by weighing the need against the invasion.

69) Prisoners likewise retain limited rights to bodily privacy. Plaster's

interest in her own bodily integrity is the most personal and deep-rooted expectation of privacy - the very interests the Fourth Amendment protects. A visual strip search is an offense to the dignity of the individual that is undoubtedly humiliating and deeply offensive to many.

70) While housed at JCF on April 24, 2024, Plaster returned from an off-site medical appointment and asked Defendant Owens whether the strip search could be conducted by a female officer instead of a male because she identified as female and has breast development. Alternatively she asked that a female officer at least be present during the search, or just permit her to use the body scanner.

71) Knowing that a standard strip search would be humiliating and offensive for Plaster, Owens smirked and refused each request before giving Plaster a direct order to strip for his officer.

72) Plaster reluctantly complied but faced the wall so the officer could only view her back and not her breasts. Because Plaster was visibly shaken and on the verge of tears, the officer conducting the search apologized and promised to make it as quick as possible. He agreed that nothing prevented Owens from agreeing with either of Plasters suggested alternatives.

73) Under normal circumstances, such a strip search would not be considered unreasonable. However, because Plaster identifies as female and Owens chose to force her into a highly embarrassing search without consideration for any alternatives, the ensuing search became unreasonable under the Fourth Amendment.

Exhaustion of Administrative Remedies

74) Plaster has exhausted her administrative remedies regarding these claims by filing the following grievances through Step 3: JCF 2402-0489-04Z; TCF 2501-043-12Z; JCF 2312-2247-04Z; JCF 2024-04-0839-28B.

75) Plaster also exhausted her remedies by filing a claim under the ADA. See,

SRF 08-846864; JCF 20220811846864; and TCF 20250-01-01.

## Claims for Relief

76) Defendant Washington's decision to implement a policy or custom which deprives Plaster of her right to obtain surgical intervention or obtain a special search accommodation, both of which are necessities because of Plasters disability, violates Washington's duties under the ADA and RA.

77) Defendant Sherry's decision to implement a policy or custom which ensures no transgender (or gender dysphoric) prisoners within the MDOC would fit the criteria for surgical intervention violates her duties under the ADA and RA, as it excludes Plaster from specific services.

78) The decisions of Defendant's Sherry, Clark, and the GRC to deliberately withhold surgical intervention to Plaster despite knowing it is medically necessary, and subjecting Plaster to unnecessary pain and suffering, constitutes deliberate indifference under the Eighth Amendment and Michigan law.

79) Defendant Owens violated Plaster's Fourth Amendment right to privacy and bodily integrity when he refused to accommodate her reasonable requests to be searched by a female officer, or at the very least have one present during the strip search.

80) Defendants Chapman, Cargor and Jarrett's denial of Plasters request for a search accommodation based solely on her criminal conviction constitutes discrimination under the Fourteenth Amendment. This discrimination resulted in the Fourth Amendment violation committed by Owens.

## RELIEF REQUESTED

WHEREFORE, Plaster requests that this Court grant the following relief:

A) Issue a Declaratory Judgment stating that:

i) Defendants Washington and Sherry violated Plasters rights under the ADA and RA.

ii) Each GRC Defendant has violated Plasters right to be free from cruel and/or unusual punishment under state and federal law.

iii) Defendants Chapman, Cargor and Jarrett violated Plasters right to equal protection.

iv) Defendant Owens knowingly violated Plasters Fourth Amendment protections.

B) Issue an injunction ordering Defendants Washington and Sherry to provide gender affirming surgery to Plaster.

C) Issue an Injunction ordering Defendant Sherry to implement new policies which provide appropriate Gender Dysphoria diagnosis as well as providing surgical intervention for those who meet the WPATH criteria.

D) Award $500,000 against Defendants Sherry, Clark, McIntyre, Carey, Blessman, Ibrahim, Hill, Jindal and Ali, individually and collectively for their deliberate indifference to Plasters serious medical needs.

E) Award $50,000 against Defendant Owens for knowingly subjecting Plaster to an unreasonable strip search by a male officer.

F) Award $50,000 against Defendants Chapman, Cargor and Jarrett, individually and collectively, for discriminating against Plaster.

G) Award $50,000 against Defendants Washington and Sherry, individually and collectively, for violating Plasters rights under the Rehabilitation Act.

H) Award $50,000 against Defendants Sherry, Clark, McIntyre, Carey, Blessman, Ibrahim, Hill, Jindal and Ali, individually and collectively, for the pain and suffering endured due to the lack of surgery and the resulting blood clot in Plaster's leg.

I) Award $2,000 in Compensatory Damages against each Defendant for the cost of preparing and filing this litigation, i.e., copies, postage, filing fees, etc.

J) Grant such other relief as this Court may deem Plaster is entitled.

Respectfully submitted,

Date: 6-26-25

Shaylarené Plaster
Shaylarené Plaster #846864
Plaintiff in Pro Se

VERIFICATION

I affirm under 28 U.S.C. § 1746, that the above facts are true to the best of my knowledge, information and belief.

Date: 6-26-25

Shaylarené Plast
Shaylarené Plaster #846864

# APPENDIX A

## AFFIDAVIT OF ROBERT (SHAYLARENE) PLASTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Robert (Shayla-Rene) Plaster,

Plaintiff,

v

Case No. ___________

Hon. ___________

Heidi Washington, et al.,

Mag. ___________

Defendants,

______________________________/

AFFIDAVIT OF ROBERT (SHAYLA-RENE) PLASTER

I, Shayla-Rene Plaster, being first duly sworn, depose and states the following facts:

1) From the age of 6-years old, I knew I was not like other boys. Although I didn't know why I felt different, I knew I was.

2) By the age of 10, I began wearing female clothes. This went on until I was arrested and sent to prison. Hiding my true nature from those closest to me caused extreme depression, anxiety, insecurities, feeling inadequate, and suicidal.

3) Multiple times throughout my life I attempted self-castration or binding. These urges and attempts have not ceased since coming to prison. In fact, I made my most recent attempt in 2024 after another of the many Gender Review Committee (GRC) denials.

4) In 2005, I had a vasectomy done in Greenville, Michigan, and by 2010 I began

taking generic hormones and using laser hair removal in order to prepare for a full transition.

5) In 2011, I was diagnosed with Gender Dysphoria (302.85) by a doctor in Atlanta Georgia. When I was arrested in Michigan later that year, I notified county jail officials as well as MDOC officials of my history and diagnosis.

6) This diagnosis remained in tact until 2013 when it was abruptly changed to a personality disorder. I fought for years to have my diagnosis and accommodations reinstated, however it wasn't done until 2019. Only the new diagnosis was Gender Dysphoria, Unspecified (302.6). I have never been told why this diagnosis was changed from its original of (302.85).

7) It is my understanding that the GRC uses this diagnosis because they cannot prove who was gender dysphoric prior to prison, however, because I provided proof of this diagnosis, this reason would not apply to me. It appears that the sole purpose for this "Unspecified" diagnosis is to justify denying trans prisoners' requests for surgery.

8) Since 2019, I began seeking gender affirming surgery to alleviate some of the overwhelming distress of gender dysphoria because hormone therapy alone would not suffice. These requests were made with the understanding that hormones would only be temporary, and that surgery would be provided under Policy Directive 04.06.184(K) & (Q). I spoke with several medical doctors, psychologists, nurses, and Physician Assistant Gina Couturier regarding my history of suicide attempts and attempted self-castration, yet nobody felt this was serious enough to warrant surgery.

9) Several times I have asked medical staff (including the GRC) what the criteria is for surgical intervention and nobody has been able to provide an answer. When I told them I met all the criteria set for by WPATH's standard of care, they have not responded with anything to the contrary. And yet each of my requests for

surgery not denied.

10) It is nearly impossible for me to carry out day-to-day functions because I can't think of anything other than having my outside match my inside.

11) The blood clot I received was not the only injury I suffered as a result of this continued deprivation of surgery. The years of depression and anxiety caused headaches, upset stomach and constant nausea, and rashes/hives on my arms and legs.

12) I have spoken with several other transgender girls in prison who have sought surgical intervention but were likewise denied for "not fitting the criteria." These individuals include, but are not limited to, Larry Loomis #647105, Derek Lancaster #355583, Timothy Ortiz #389056, and Robert Turner #228319.

13) It is likewise my understanding that each of these individuals were denied a Search Accommodation under PD 04.04.110(www) all because of their cases. These individuals each have Criminal Sexual Conduct convictions which were being used against them.

14) As a result of being denied the Search Accommodation, I was subjected to a humiliating strip search by a male officer when several women staff were readily available. Being on hormone medications for 6-years, I have developed breast tissue, redistribution of body weight which further feminizes my body, and have an inverted penis and testicles. Therefore, other than being born a biological male, there is nothing about my body which would require a male officer to search. Cis women in the women's prison are protected from strip searches by male staff, yet I am being treated differently because of my criminal conviction.

15) I make these statement voluntarily and am willing to testify if called to do so.

Date: 6-26-25

Shaylarené Plaster
Shayla-Rene Plaster #846864
Plaintiff-Affiant in Pro Se

APPENDIX B

B-1: 7/26/22 Clinical Encounter

B-2: 7/8/22 Clinical Request

B-3: 8/7/22 Clinical Request

B-4: 1/27/23 Clinical Encounter

B-5: 2/7/23 Clinical Encounter

B-6: 7/3/23 Clinical Encounter

B-7: 8/11/23 Mental Health Progress Note

B-8: 11/13/23 Clinical Encounter

B-9: 11/15/23 Mental Health Progress Note

B-10: 12/6/23 Consultation Request

B-11: 3/26/24 Consultation Request

B-12: 2/18/25 Clinical Encounter

B-13: Consultation Request

**Michigan Department of Corrections**

**Consultation Request** Db 051

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | Plaster, Robert Eugene | **Off #:** | 0846864 | **Location:** | TCF |
| **Date of Birth:** | 12/02/1974 | **Sex:** | M | | |

Request Approval Actions:

Approved by Clark, Amy [AC7] acting in the role of 1st Level Review on 02/11/2025.
Comments: GRC 2/5/25
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PX/ RISK RESOLVED W/SHARED CELL
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTE
MEDS: ALDACTONE, ESTRADIOL
LABS: NONE
MH SERV: EVERY 3 MOS, MORE AS NEEDED
SURGERY: NONE
COMMENTS: Request for surgical intervention noted.

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | TCF |
| Encounter Date: | 02/18/2025 11:38 | Provider: | Couturier, Gina [GC1] PA | Unit: | DB |

MP Provider Encounter encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Couturier, Gina [GC1] PA

Chief Complaint: Gender Dysphoria

Subjective: Pt states they are well. Pt states they have not been able to receive clothing as requested on QM form. States they have been told requested items are for Women's facility only. Discussed policy change to 04.07.110 and pt states they have a step 3 grievance submitted. Reminded pt clothing is outside of the GRC and encouraged the pt to follow grievance policy. Pt states they continue to feel well on GAH but are frustrated regarding not being approved for gender affirming surgeries. Reviewed GRC plan and pt was assured surgery was requested by the provider and the GRC noted the request. Pt advised surgery was not approved at this time and states they will continue to get approval through the court system. Pt states they continue to discuss stress and behavioral health concerns regarding need for gender affirming surgeries with facility behavioral health providers. Pt states they have a strong desire to have people see them as person they are as well as change in male genitalia in order to fully live authentically. Reviewed labs responding well to GAH with lab values as well as gender affirming physical changes. Pt states breast growth continues but would like more development and less facial hair. Pt states testicles have decreased in size and have retracted. Pt states penis has decreased in size also. States this is gender affirming but not the same as having orchiectomy and vaginoplasty. The partial changes are stressful and complete transition is constantly on their mind. Pt requested increase in progesterone as they feel they would have better breast development as well as softer skin. Discussed concern related to blocking too much testosterone which may cause issues with estradiol. Pt has hx of DVT and states they are not having concerns. States they exercise daily and agreed to RTC with change or concerns. Reviewed risk of GAH and encouraged pt to follow healthy lifestyle with diet and exercise.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Breasts**

**General**

No: Lumps, Discharge, Skin Changes

**Cardiovascular**

**General**

Yes: Edema

No: Intermittent Claudication, Palpitation

slight non pitting edema right lower leg.

**General**

Offender Name: Plaster, Robert Eugene
Date of Birth: 12/02/1974
Encounter Date: 02/18/2025 11:38
Sex: M
Provider: Couturier, Gina [GC1] PA
Off #: 0846864
Facility: TCF
Unit: DB

**ROS:**

**Constitutional Symptoms**

No: Current Medical, Dental, Mental Health Complaint

**GI**

**General**

No: Abdominal Pain or Colic

**Pulmonary**

**Respiratory System**

No: Dyspnea, Dyspnea on Exertion

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 96.6 | 35.9 | Temporal | Wolowiec, Kathleen [KW12] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 93 | Via Machine | | Wolowiec, Kathleen [KW12] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 16 | Wolowiec, Kathleen [KW12] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 123/76 | Left Arm | Sitting | Adult-large | Wolowiec, Kathleen [KW12] |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 97 | Room Air | Wolowiec, Kathleen [KW12] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/13/2025 | 08:58 TCF | 231.4 | 105.0 | | Wolowiec, Kathleen [KW12] RN |

**Exam:**

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**General**

**Appearance**

Yes: Appears Well, Female Appearing Male

No: Acutely Ill, Appears in Distress, Appears in Pain

**Genitourinary**

**Testicles**

Yes: Atrophy

testicular atrophy noted with retraction near inguinal canal.

**Peripheral Vascular**

**Lymphatics**

**Exam:**

Yes: Localized Lymphadenopathy

1+ non pitting edema right calf

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**ASSESSMENT:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-E-ESTRADIOL, FREE<br>All Lab Tests-T-TESTOSTERONE, TOTAL | One Time | 06/10/2025 00:00 | Routine |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 06/02/2025 00:00 | Medical Provider 3 |

GD follow up submit paperwork to the GRC

**Disposition:**

Education Provided

Kite PRN

**Other:**

Continue current gender affirming medications. Will discuss possible increase in progesterone with specialist and change dose if indicated.
Pt scheduled for GD follow up in June for GRC submission.
Will plan GD follow up after management plan update, sooner if indicated.
Pt advised to continue grievance process related to receiving items from QM

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/18/2025 | Counseling | Access to Care | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Compliance - Treatment | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Diagnosis | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Diet | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Exercise | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Medication Side Effects | Couturier, Gina | Verbalizes Understanding |
| 02/18/2025 | Counseling | Plan of Care | Couturier, Gina | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Couturier, Gina [GC1] PA on 02/18/2025 12:24

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** Plaster, Robert Eugene **Off #:** 0846864 **Location:** JCF
**Date of Birth:** 12/02/1974 **Sex:** M

**Consultation/Procedure Requested:** Gender Dysphoria

**Subtype:** Gender Dysphoria

**Reason for Request:**

Patient seen for 6-month GD visit on 11/13/23. Patient requesting surgeries, clothing, accommodations for cross-gender searches. See FPE and GDRC request form.

**Medications (As of 03/26/2024)**

ESTRADIOL VALERATE OIL (5) 10 MG/ML INJ Exp: 07/28/2024 SIG: INJECT 11 MG INTRAMUSCULARLY EVERY WEEK X 179 DAY(S) PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 8/25/24 *HD*
Finasteride Oral Tablet 5 MG Exp: 01/23/2025 SIG: TAKE 1 TAB BY MOUTH DAILY FOR 364 DAYS - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 1/25/25 *RR*
GNP Artificial Tears Ophthalmic Solution 5-6 MG/ML Exp: 04/16/2024 SIG: TAKE 1-2 DROPS INTO AFFECTED EYE EVERY 8 HOURS AS NEEDED FOR 180 DAYS
Progesterone Oral Capsule 100 MG Exp: 01/22/2025 SIG: TAKE 1 CAP BY MOUTH TWO TIMES DAILY - NON-FORM APPROVAL EXPIRES 11/24/25 GDRC APPROVED KOP *HD*
Spironolactone Oral Tablet 100 MG Exp: 01/22/2025 SIG: TAKE 1 TAB BY MOUTH AT BEDTIME X 364 DAY(S) - GDRC APPROVED KOP. *HD*
Spironolactone Oral Tablet 100 MG Exp: 01/22/2025 SIG: TAKE 2 TABS BY MOUTH DAILY X 364 DAY(S) - GDRC APPROVED KOP *HD*
Triamcinolone Acetonide Nasal Aerosol 55 MCG/ACT Exp: 07/06/2024 SIG: 1 SPRAY NASALLY DAILY X 360 DAY(S) -- NON FORM APPROVED, EXP 7/11/2024
WARFARIN SOD (UD) 5 MG TABS Exp: 12/25/2024 SIG: TAKE 1 TAB BY MOUTH AT NOON- PILL LINE ONLY *RR*

**Allergies (As of 03/26/2024)**

Meloxicam

**Health Problems (As of 03/26/2024)**

Gender identity disorder, unspecified, Myopia, bilateral, Chronic dacryoadenitis, right lacrimal gland, Gastro-esophageal reflux disease without esophagitis, Constipation, unspecified, Risk Score Low - 6 to 12 Months, Unspecified epiphora, right lacrimal gland, COVID-19, Constipation, unspecified, Contact w and exposure to oth viral communicable diseases, Deviated nasal septum, Postnasal drip, Headache, Allergic rhinitis, unspecified, Hyperlipidemia, unspecified, Unspecified abdominal pain, Other specified postprocedural states, Localized edema, Acute embolism and thrombosis of femoral vein, bilateral, Long term (current) use of anticoagulants, Other specified disorders of eye and adnexa

**Offender Requires Translator:** No **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:** Fredette, Aaron [AF17] PA **Auth#:**

**Ordered Date:** 11/13/2023 10:33

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

## Consultation Request

| | | | | |
|---|---|---|---|---|
| **Offender Name:** Plaster, Robert Eugene | **Off #:** | 0846864 | **Location:** TCF |
| **Date of Birth:** 12/02/1974 | **Sex:** | M | |

**Priority:** Routine

**Consultant Findings**

**Offender Name:** Plaster, Robert Eugene **Off #:** 0846864
**Date of Birth:** 12/02/1974 **Sex:** M
**Institution:** THUMB CORRECTIONAL FACILITY
3225 John Conley Drive
Lapeer,Michigan 48446
810 - 6672045

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | |
|---|---|---|---|---|
| **Offender Name:** | Plaster, Robert Eugene | **Off #:** | 0846864 | **Location:** JCF |
| **Date of Birth:** | 12/02/1974 | **Sex:** | M | |

Request Approval Actions:

Approved by Clark, Amy [AC7] acting in the role of 1st Level Review on 12/15/2023.
Comments: GDRC 12/6/23
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PX; RISK RESOLVED W/SHARED CELL
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTED
MEDS: SCHEDULE CONSULT W/GD SPECIALSIT AT COUTURIERG@MIG.VO, ALDACTONE, ESTRADIOL
LABS: NONE
MH SERV: EVERY 3 MOS; MORE AS NEEDED
SURGERY: NONE
COMMENTS: Request for surgical intervention noted. Request for women's facility need a housing risk assessment to be completed.

# Michigan Department of Corrections
# Mental Health Progress Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | Off #: | 0846864 | |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Date: | 11/15/2023 14:44 | Provider: | Proctor, Gail [GP] MA/LLPC | | |
| Level of Care: | TNR - V | | | | |

**Barriers to Communication:** None

## Reason for Services

Met with Prisoner Plaster for regular contact.

## Comments

Met with Plaster. States meet with FEDS & things have changed. Plaster states that now make-up, "female clothes-everything the females get." Flat iron & curling irons for those who can't afford. Sexual misconduct policy now changed. Filed lawsuit 6 months ago. Feels things are moving forward due to this. No movement on surgery at this time. "Don't believe females should be seeing transgender, strip searching."
Finally on estrogen shots, without side effects. ADA grievance process changed, now going to grievance coordinator, & medical. GDCRC is no longer the name of the committee, now GRC.
Educational prisoner reform play is in the process. This "play" will be in communities for those who are not incarcerated to understand situations.
Goals set a year ago are now "coming to fruition."
Having others help with reading & writing. Books on tape are being used. Plaster states reapproved for books on tape, legal writer, on wait list for college. "I have 10 years to waste!"
"Ready for a letdown." Due to legal issues. Still working in POA & maintenance for working around facility. Plaster states that court is in Grand Rapids. Up until trial will be on paper.
Fingerprint card for name change in process, will take place in November 27, 2023. States can get anyone out of state to pay for notice in newspaper.

## Plan/Diagnostic Changes

no changes

## Follow-up/Next Appointment

will see per policy

## Current Mental Status

**Level of Consciousness:** Alert and Oriented
**Psychomotor Activity:** Normal
**General Appearance:** Normal
**Behavior:** Cooperative
**Mood:** Appropriate to Content
**Thought Process:** Appropriate
**Thought Content:** Normal

**Diagnosis:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, See Note

**Co-Pay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Proctor, Gail [GP] MA/LLPC on 11/15/2023 15:45

# Michigan Department of Corrections
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Encounter Date: | 11/13/2023 10:33 | Provider: | Fredette, Aaron [AF17] PA | Unit: | B |

MP Provider Encounter encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Fredette, Aaron [AF17] PA

Chief Complaint: Gender Dysphoria

Subjective: Presenting today for 6-month GD appointment. Patient states she would like to have surgeries and female clothing. Requests accommodations for cross-gender searches. Reports having vasectomy in the past. Requested breast exam at last visit.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Breasts**

**General**

No: Lumps, Pain

**General**

**Constitutional Symptoms**

No: Dizziness, Nausea, Easily Tired, Insomnia, Night Sweats, Unexplained Weight Loss

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 98.0 | 36.7 | | Deane, Meagan [MD11] LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 86 | | | Deane, Meagan [MD11] LPN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 16 | Deane, Meagan [MD11] LPN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 133/88 | | | | Deane, Meagan [MD11] LPN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

Offender Name: Plaster, Robert Eugene
Date of Birth: 12/02/1974
Encounter Date: 11/13/2023 10:33

Sex: M
Provider: Fredette, Aaron [AF17] PA

Off #: 0846864
Facility: JCF
Unit: B

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 95 | | Deane, Meagan [MD11] LPN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 74.0 | 188.0 | Deane, Meagan [MD11] LPN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/13/2023 | 09:54 JCF | 224.2 | 101.7 | | Deane, Meagan [MD11] LPN |

**Exam:**

**Breast**

**Breast Tissue**

Yes: Normal Exam

Breast exam performed. Rn Ramos present as chaperone.

**Cardiovascular**

**Observation**

Yes: Normal Rate

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well

**Head**

**General**

Yes: Symmetry of Motor Function

**Pulmonary**

**Observation/Inspection**

Yes: Normal

**ASSESSMENT:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Gender Dysphoria | | Routine (review within 14 days) | No | |

Subtype:

Gender Dysphoria

Reason for Request:

Patient seen for 6-month GD visit on 11/13/23. Patient requesting surgeries, clothing, accommodations for cross-gender searches. See FPE and GDRC request form.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 04/01/2024 00:00 | Medical Provider 1 |

6-month GD evaluation. Breast exam performed on 11/13/23.

**Disposition:**

Condition on Discharge-Stable
Education Provided
Kite PRN

**Other:**

Discussed GD evaluation with patient. Breast exam performed with Rn chaperone, unremarkable. 407 placed, GDRC and CHJ-701 sent to GD committee.

Next GD visit scheduled.

Patient left clinic in NAD.
Patient verbalizes understanding, agrees to plan of care and has no further questions today.
Education provided.
Kite PRN.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/13/2023 | Counseling | Access to Care | Fredette, Aaron | Verbalizes Understanding |
| 11/13/2023 | Counseling | Plan of Care | Fredette, Aaron | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Fredette, Aaron [AF17] PA on 11/13/2023 12:21

# Michigan Department of Corrections
# Mental Health Progress Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: JCF | |
| Date: | 08/11/2023 10:05 | Provider: | Proctor, Gail [GP] MA/LLPC | | |
| Level of Care: | TNR - V | | | | |

**Barriers to Communication:** None

**Reason for Services**

3 month follow up.

**Comments**

Met with Plaster for 3 month follow up. Plaster requesting that this provider send an email to Gina Couturier. Was redirected to contact medical with a kite. Although Plaster states that Mental Health CM or Medical are to contact Ms. Couturier to assist with concerns about GID medications. There is a kite that appears in COMS stating request. Plaster reports seeing Couturier last month & mentioned that Estrogen shots were going to start end of July. Plaster further states shots have been approved & is wanting to know what the delay is as shots have not started. Plaster further mentioned being a "persistent person" and that GDCRC board "probably won't respond due to lawsuit." Reports "frustrated & anger" "empty promises that are not being kept." "I'm tired of dealing with the men at these facilities." "I want my surgery done & get out of this environment."
"I can't get law library to do my 1983?"

**Plan/Diagnostic Changes**

no changes

**Follow-up/Next Appointment**

see in three months or when kites received.

**Current Mental Status**

**Level of Consciousness:** Alert and Oriented
**Psychomotor Activity:** Normal
**General Appearance:** Normal
**Behavior:** Cooperative
**Mood:** Anxious
**Thought Process:** Preoccupied
**Thought Content:** Normal

**Diagnosis:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, See Note

**Co-Pay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Proctor, Gail [GP] MA/LLPC on 08/11/2023 10:31

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Encounter Date: | 07/03/2023 14:44 | Provider: | Couturier, Gina [GC1] PA | Unit: | B |

Telemedicine encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Couturier, Gina [GC1] PA

Chief Complaint: Gender Dysphoria

Subjective: At the request of the GDRC the patient is in the clinic for GD follow up consult. Pt states they are well with no safety concerns at current facility. States they have noticed some positive changes to body which has improved dysphoria since starting progesterone. Pt is having no SE to medication and continues to be interested in injectable estradiol. Pt has DVT and PE hx and has been talking coumadin for several years. Pt is very interested in stopping coumadin. Discussed recommendations from pharmacist and advised a specialist group will soon be available for assistance with GD pt. Advised They likely will have med/dose change in July. Will consult specialist for IM estradiol dosing as well as need to continue Coumadin. Reviewed labs and both estradiol and testosterone are outside of therapeutic range. Pt states they recently had delay in receiving estradiol which is likely the reason blood level of hormone was low. Pt also states they remain frustrated regarding the delay in policy changes. Pt again discusses desire for gender affirming surgeries and IM estradiol dosing. Pt encouraged to increase water intake and exercise daily to minimize risk as well as healthy lifestyle. Pt agreed to RTC with SE or concern

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Breasts**

**General**

No: Pain, Discharge, Skin Changes

**Cardiovascular**

**General**

No: Edema, Exertional dyspnea, Intermittent Claudication, Palpitation

**General**

**Constitutional Symptoms**

No: Current Medical, Dental, Mental Health Complaint

**GI**

**General**

No: Abdominal Pain or Colic

**Pulmonary**

**Respiratory System**

Yes: Normal

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Encounter Date: | 07/03/2023 14:44 | Provider: | Couturier, Gina [GC1] PA | Unit: | B |

**ROS:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 97.8 | 36.6 | Oral | Gutowski, Theresa [TG12] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 91 | Via Machine | | Gutowski, Theresa [TG12] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 16 | Gutowski, Theresa [TG12] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 115/77 | Left Arm | Sitting | Adult-large | Gutowski, Theresa [TG12] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 96 | Room Air | Gutowski, Theresa [TG12] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/03/2023 | 09:32 JCF | 229.0 | 103.9 | | Gutowski, Theresa [TG12] RN |

**Exam:**

**Breast**

**Breast Tissue**

Yes: Normal Exam

No PE on telemed visit. Pt reports no abnormalities to breast

**General**

**Appearance**

Yes: Appears Well, Female Appearing Male

No: Acutely Ill, Appears in Distress, Appears in Pain

**ASSESSMENT:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**Disposition:**

Education Provided
Kite PRN

**Other:**

Pt is hopeful to start different formulation of estradiol as well as gender affirming surgeries in the near future. Will plan to discuss IM dosing of estradiol as well next week followed by discussion of stopping coumadin for remote hx of DVT/PE

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Offender Name: Plaster, Robert Eugene
Date of Birth: 12/02/1974
Encounter Date: 07/03/2023 14:44

Sex: M
Provider: Couturier, Gina [GC1] PA

Off #: 0846864
Facility: JCF
Unit: B

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/03/2023 | Counseling | Access to Care | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Compliance - Treatment | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Diet | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Exercise | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Exercise | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Medication Side Effects | Couturier, Gina | Verbalizes Understanding |
| 07/03/2023 | Counseling | Plan of Care | Couturier, Gina | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Couturier, Gina [GC1] PA on 07/03/2023 14:58

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Note Date: | 02/07/2023 20:13 | Provider: | Bale, Melanie [MB32] NP | Unit: | B |

MP Chart Review encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Bale, Melanie [MB32] NP

Request Approval Actions:

GDRC 1/4/23
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PRISONER; RISK RESOLVED WITH SHARED CELL
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTED
MEDS: ALDACTONE, ESTRADIOL
LABS: NONE
MH SERV: EVERY 3 MOS; MORE AS NEEDED
SURGERY: NONE

COMMENTS: Individual does not meet criteria for surgical intervention. Property per MDOC policy

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 04/07/2023 00:00 | Medical Provider |
| GD 6 month eval (last 11/8/2022) | | |

**PLAN:**

**Other:**

Patient was seen on 1/27 by GDRC and was advised on plan. Will follow up with patient as needed.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Bale, Melanie [MB32] NP on 02/07/2023 20:17

# Michigan Department of Corrections
# Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: Plaster, Robert Eugene | | Off #: | 0846864 |
| Date of Birth: 12/02/1974 | Sex: M | Facility: | JCF |
| Encounter Date: 01/27/2023 22:13 | Provider: Couturier, Gina [GC1] PA | Unit: | B |

Telemedicine encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Couturier, Gina [GC1] PA

Chief Complaint: Gender Dyspnoria

Subjective: At the request of the GDRC the pt is in the clinic for GD consult. Pt states they are well but remains frustrated regarding inability to purchase makeup and property. Pt advised the revised policy change is in process and will be released soon. Also asked about gender affirming surgery and is clear is desire to have the procedure in the future. Discussed concern related to hx of DVT and desire to increase estradiol dose. PT states they have had no complication and continue to be compliant with coumadin. States they understand the risk and are area of S/S of complication and will RTC with concern. Pt states they have been achieving feminization goals with progesterone but with continued elevation of testosterone have continued facial/body hair issues. Agreed to adding Finasteride and increase of estradiol to 3 mg. Pt also states hey are having issues with job classification at current facility . Agreed to KITE the GDRC about their concerns Discussed continued lifestyle changes of decreased fat and processed food, walking for exercise and drinking adequate amounts of water.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

No: Edema, Exertional dyspnea, Intermittent Claudication, Palpitation

**General**

**Constitutional Symptoms**

No: Current Medical, Dental, Mental Health Complaint

**GI**

**General**

No: Abdominal Pain or Colic

**Pulmonary**

**Respiratory System**

No: Dyspnea

**OBJECTIVE:**

**Temperature:**

# Michigan Department of Corrections
## Consultation Request

| | | | | |
|---|---|---|---|---|
| **Offender Name:** | Plaster, Robert Eugene | **Off #:** | 0846864 | **Location:** TCF |
| **Date of Birth:** | 12/02/1974 | **Sex:** | M | |

Request Approval Actions:

Approved by Clark, Amy [AC7] acting in the role of 1st Level Review on 08/29/2024.
Comments: GRC 8/7/22:
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PX; RISK RESOLVED W/SHARED CELL
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTED
MEDS: CONTINUE CURRENT TREATMENT
LABS: LABS ORDERED
MH SERV: EVERY 3 MOS; MORE AS NEEDED; CPE TO ASSESS CURRENT DEGREE OF DISTRESS AND DISABILITY
SURGERY: NONE
COMMENTS: Reports continued dysphoria due to current genitalia, requesting bottom surgery.

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | Plaster, Robert Eugene | **Off #:** | 0846864 | **Location:** JCF | |
| **Date of Birth:** | 12/02/1974 | **Sex:** | M | | |

Request Approval Actions:

Approved by Clark, Amy [AC7] acting in the role of 1st Level Review on 07/08/2022.
Comments: GDRC 7/6/22
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PRISONER
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTED
MEDS: SCHEDULE CONSULT W/GD SPECIALIST AT COUTURIERG@MI.GOV; MUST EDUCATE THAT MAX HORMONES NOT NEEDED FOR SURGERY, HORMONES STOPPED
LABS: NONE
MH SERV: EVERY 3 MOS; MORE AS NEEDED
SURGERY: NONE
COMMENTS: REQUESTING ORCHIECTOMY AND VAGINOPLASTY

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Note Date: | 07/26/2022 09:32 | Provider: | Bale, Melanie [MB32] NP | Unit: | B |

MP Chart Review encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Bale. Melanie [MB32] NP

Request Approval Actions:
Approved by Clark, Amy [AC7] acting in the role of 1st Level Review on 07/08/2022.
Comments: GDRC 7/6/22
FACILITY: MEN'S
HOUSING: W/ANOTHER GD PRISONER
TOILET: NO SPECIAL PROVISIONS
SHOWER: RELATIVE PRIVACY
SPORTS BRA: BREAST TISSUE PRESENT OR HORMONES TO BE STARTED
MEDS: SCHEDULE CONSULT W/GD SPECIALIST AT COUTURIERG@MI.GOV; MUST EDUCATE THAT MAX
HORMONES NOT NEEDED FOR SURGERY, HORMONES STOPPED
LABS: NONE
MH SERV: EVERY 3 MOS; MORE AS NEEDED
SURGERY: NONE
COMMENTS: REQUESTING ORCHIECTOMY AND VAGINOPLASTY

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| MP Follow Up | 08/01/2022 00:00 | Medical Provider 1 |
| Review GD recommendations | | |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Bale, Melanie [MB32] NP on 07/26/2022 09:35

# APPENDIX C

Consultation Request

Mental Health Progress Note

**Exam:**

No: Cyanotic, Apneic, Respiratory Distress

**ASSESSMENT:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Gender Dysphoria | | Routine (review within 14 days) | No | |

Subtype:

Gender Dysphoria

Reason for Request:

6 month follow up on gender dysphoria.
Requesting women's prison, single cell due to patient reporting attempting to transition and is uncomfortable with GD "nonconforming" transgender patients in unit. No special provisions requested for toileting, relative privacy for showering, requesting to wear sports bra due to present breast tissue. Patient on feminizing hormones, requesting surgical alteration of orchiectomy and vaginoplasty.
Patient reports previously having completed vasectomy in 2005.

Patient also notes the use of "makeup" that is achieved using non-makeup supplies (art supplies). Patient is requesting that detail note approval for makeup and female clothing. Patient is also requesting access to be allowed to purchase female store list items.

**Disposition:**

Education Provided
Kite PRN

**Other:**

Will submit forms to GD committee, consult submitted. Will reach out during case management about store item availability and single cell request. and to GD providers r/t patient concerns of hormone medications and lab levels.

Patient reporting chosen name as Shayla.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/09/2022 | Counseling | Access to Care | Bale, Melanie | Verbalizes Understanding |
| 11/09/2022 | Counseling | Plan of Care | Bale, Melanie | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Bale, Melanie [MB32] NP on 11/09/2022 19:07

# Michigan Department of Corrections

## Mental Health Progress Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: JCF | |
| Date: | 11/15/2022 10:22 | Provider: | Proctor, Gail [GP] MA/LLPC | | |
| Level of Care: | TNR - V | | | | |

**Barriers to Communication:** None

**Reason for Services**

Plaster appeared for call out after sending multiple kites.

**Comments**

Plaster continues to be irritated at the process for GID. She want to have documentation for the surgeon prior to having "Breast/Orchiectomy/Vaginoplasty."
Today Plaster appeared wearing make up that she reports getting from "hobby craft." She is upset that it's not real make up.

**Plan/Diagnostic Changes**

Plaster states she is scheduled to see the GDCRC board soon. Plaster will continue to write kites for clarification & assistance with her concerns.

**Follow-up/Next Appointment**

Plaster will be see every three months or sooner if need be. Plaster would like to talk with Unit Chief.

**Current Mental Status**

**Level of Consciousness:** Alert and Oriented
**Psychomotor Activity:** Normal
**General Appearance:** Normal
**Behavior:** Agitated
**Mood:** Appropriate to Content
**Thought Process:** Appropriate
**Thought Content:** Normal

**Diagnosis:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, See Note

**Co-Pay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Proctor, Gail [GP] MA/LLPC on 11/15/2022 14:10

# APPENDIX D

Request for various surgeries

1. Are You going to approve my Surgery now or at anytime with the next 1year or 2year span.
☐ yes or NO ■

2. Are you going to add clothing or makeup to my detail today ☐ yes or NO ■ Email Unifix
6-1-22 Store Life

3. Are you going to put me on hormone Shots to remove me off from acomadin due to high risk of Blood Clots. ☐ yes or ■ NO
(Cyprotate)

4. When are the breast exams and physicals going to start back ☐ yes or ■ NO
(5 years on Exam)

5. When are our facial and private Hair removal going to began ☐ yes or ■ NO

6. Facial feminization Surgery's are they in the Works. ☐ yes or ■ NO

7. when is staff being trained to be able to properly diagnos our Mental & Physical well being ☐ yes or ■ NO

8. What's the hold up for this policy change and why is it Not being implemented like you all said
Date ?

9. Shots Take care of Clot ?
yes ☐ or no ■

10. is The Board going Fix They need's we Have. soon? (Yes) or no
serious

229.29
128/69
98
73

5-23-23

Coolwater

Infrastructure

# Michigan Department of Corrections
# Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: Plaster, Robert Eugene | | Off #: | 0846864 |
| Date of Birth: 12/02/1974 | Sex: M | Facility: | JCF |
| Encounter Date: 05/17/2023 15:00 | Provider: Bale, Melanie [MB32] NP | Unit: | B |

Follow-up encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Bale, Melanie [MB32] NP

Chief Complaint: Gender Dysphoria

Subjective: Patient seen in HC today for follow up regarding GD.

Patient 6month follow up indicated. Patient answered questions from form CHJ 701 and the Gender Dysphoria Review Committee Request form.
Patient noted requests such as being housed in women's facility, housed in single cell due to conflict with other population including those with GD dx. Patient reports that ADW Kisor approved housing them in a single cell. No special provision was requested for toileting. Showering in relative privacy was requested due to physical changes 2/2 hormone therapy. Sports bra requested as breast tissue present. Feminizing medication requested, with an adjustment from estrogen pills to estrogen shots being requested as patient reports that if estrogen shots were used they believe they may be able to come off of the coumadin that was prescribed due to hx of PE. Patient is requesting orchiectomy and vaginoplasty. Patient reports that they have had hx of vasectomy, and has previously completed some permanent hair removal on the face.
Patient is asking for MDSA update to allow for clothing, make-up, hygiene products, and is requesting that the GDRC consider approval for other surgeries such as breast augmentation, thyroid reduction, voice modification surgery, facial feminization, blepharoplasty, laser hair removal/electrolysis, and gluteal augmentation.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/17/2023 | 14:19 JCF | 98.7 | 37.1 | | Johnson, Mackenzie [MJ8] RCA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/17/2023 | 14:19 JCF | 91 | | | Johnson, Mackenzie [MJ8] RCA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/17/2023 | 14:19 JCF | 18 | Johnson, Mackenzie [MJ8] RCA |

**Blood Pressure:**

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Encounter Date: | 05/17/2023 15:00 | Provider: | Bale, Melanie [MB32] NP | Unit: | B |

Gender Dysphoria — Routine (review within 14 days) — No

Subtype:

Gender Dysphoria

Reason for Request:

Patient seen in HC today for follow up regarding GD.

Patient 6 month follow up indicated GD committee review.
Patient noted requests such as being housed in women's facility, housed in single cell due to conflict with other population including those with GD dx. Patient reports that ADW Kisor approved housing them in a single cell. No special provision was requested for toileting. Showering in relative privacy was requested due to physical changes 2/2 hormone therapy. Sports bra requested as breast tissue present. Feminizing medication requested, with an adjustment from estrogen pills to estrogen shots being requested as patient reports that if estrogen shots were used they believe they may be able to come off of the coumadin that was prescribed due to hx of PE. Patient is requesting orchiectomy and vaginoplasty. Patient reports that they have had hx of vasectomy, and has previously completed some permanent hair removal on the face.

Patient is asking for MDSA update to allow for clothing, make-up, hygiene products, and is requesting that the GDRC consider approval for other surgeries such as breast augmentation, thyroid reduction, voice modification surgery, facial feminization, blepharoplasty, laser hair removal/electrolysis, and gluteal augmentation.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up<br>Coumadin clinic | 05/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 06/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 07/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 08/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 09/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>GD 6 month re-eval | 10/18/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 10/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 11/23/2023 00:00 | Medical Provider |
| MP Follow Up<br>coumadin clinic | 12/18/2023 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 01/23/2024 00:00 | Medical Provider |
| MP Follow Up<br>Coumadin clinic | 02/23/2024 00:00 | Medical Provider |

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: Plaster, Robert Eugene | | | | Off #: | 0846864 |
| Date of Birth: 12/02/1974 | Sex: | M | | Facility: | JCF |
| Encounter Date: 05/24/2023 11:52 | Provider: | Couturier, Gina [GC1] PA | | Unit: | B |

Telemedicine encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1** Provider: Couturier, Gina [GC1] PA

Chief Complaint: Gender Dysphoria

Subjective: At the request of the patient they are in the clinic for follow up with questions. Pt states they well but continue to be frustrated with delay in policy change. Pt advised the change in policy is still in process. Pt requested details to be changed including use of makeup and property. Pt advised this cannot be done today and will need policy to change in order to be accomplished. Pt also enquired about surgery and again was advised no surgeries have been approved.. Discussed continued development with relationships at U of M for gender affirming care. Pt also request change in route of estradiol related to estradiol and blood clot hx. Pt is requesting injectable estradiol. Discussed advantages and disadvantages of both transdermal and injectable estradiol. Advised pt I will contact pharmacist regarding change in route. Pt reports DVT in leg has improved based on last scan. States they have noticed change in fat redistribution and some increase in breast development with recent dose changes. Current estradiol 116 and testosterone slightly above goal at 106. Pt agreed to increased dose of Spironolactone as well as agreed to RTC with SE. Discussed recent change in breast cancer monitoring guidelines. Pt advised I will review guidlines and request imaging if indicated

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Breasts**

**General**

No: Pain, Discharge

**Cardiovascular**

**General**

Yes: Normal

**General**

**Constitutional Symptoms**

No: Current Medical, Dental, Mental Health Complaint

**Pulmonary**

**Respiratory System**

Yes: Normal

**OBJECTIVE:**

Offender Name: Plaster, Robert Eugene
Date of Birth: 12/02/1974
Encounter Date: 05/24/2023 11:52
Sex: M
Provider: Couturier, Gina [GC1] PA
Off #: 0846864
Facility: JCF
Unit: B

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 97.9 | 36.6 | | Lee, Stacey [SL10] LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 73 | | | Lee, Stacey [SL10] LPN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 18 | Lee, Stacey [SL10] LPN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 128/69 | | | | Lee, Stacey [SL10] LPN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 98 | | Lee, Stacey [SL10] LPN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/23/2023 | 09:54 JCF | 229.9 | 104.3 | | Lee, Stacey [SL10] LPN |

**Exam:**

**Breast**

**Breast Tissue**

Yes: Normal Exam

NO PE on telemed. Pt reports no abnormalities

**General**

**Appearance**

Yes: Appears Well

**ASSESSMENT:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, Improved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Spironolactone Oral Tablet 100 MG | 05/24/2023 11:52 | 05/24/2023 | | 1 tab By Mouth at bedtime x 364 day(s) -- GDRC approved KOP |

Indication: Gender identity disorder, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-CORIZON CHEM 7 PROFILE<br>All Lab Tests-E-ESTRADIOL (E2) | One Time | 06/27/2023 00:00 | Routine |

**Disposition:**

Education Provided
Kite PRN

**Other:**

Pt is frustrated regarding GD policy. Multiple questions today regarding GD treatment. Will review questions and discuss information gathered at F/u visit in July or sooner if indicated. Spironolactone dose increased. Labs order before next f/u to review response. Pt agreed to RTC with change or concern. Pt is requesting facial feminization surgery, electrolysis, vaginoplasty and orchiectomy. Pt seen 5/23/23 and documented 5/24/23 due to network issues

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/24/2023 | Counseling | Access to Care | Couturier, Gina | Verbalizes Understanding |
| 05/24/2023 | Counseling | Compliance - Treatment | Couturier, Gina | Verbalizes Understanding |
| 05/24/2023 | Counseling | Diagnosis | Couturier, Gina | Verbalizes Understanding |
| 05/24/2023 | Counseling | Diet | Couturier, Gina | Verbalizes Understanding |
| 05/24/2023 | Counseling | Exercise | Couturier, Gina | Verbalizes Understanding |
| 05/24/2023 | Counseling | Plan of Care | Couturier, Gina | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Couturier, Gina [GC1] PA on 05/24/2023 12:19

APPENDIX E

Letters to Heidi Washington, Gender Review Committee, Bureau of Health Services

To: Heidi washington
From Robert Plaster #846864JCF B 79 2/23/24

RE: attempt to resolve

I am a Gender Dysphoric Prisoner in the Michigan Department of Corrections. As such i am being denied proper medical treatment for this condition. The leading health organization in the world W.P.A.T.H. and almost every medical expert agrees that the only treatment option for my form of severe gender dysphoria is Gender Affirmation Surgery or transition affirming care. I have repeatedly requested this procedure and have been denied time and again resulting in severe depression and even physical complications. Please see that I am provided The Gender affirmation surgery That I need. As it is your Job to ensure compliance with M.D.O.C. Policy and P.D. 03.03.130 (G) requires that i recieve medical care "consistent with the contemporary standards of medical practice in the community".

Date 2-23-24

Respectfully,

LN: Robert Plaster

Robert Plaster # 846864
JCF
3500 N. ELM RD.
JACKSON, MI. 49201

TGN: Shaylarená Plaster 846864
Shaylarená Plaster

Mail Box on 2-23-24 at 7:05 PM

To: Gender Review Board

From: Robert Plaster #846864JCF B 3º 2/23/24

RE: attempt to resolve

I am a Gender Dysphoric Prisoner in the Michigan Department of Corrections. As such i am being denied proper medical treatment for this condition. The leading Health organization in the world W.P.A.T.H. and almost every medical expert agrees that the only treatment option for my form of severe gender dysphoria is Gender Affirmation Surgery or transition affirming care. I have repeatedly requested this procedure and have been denied time and again resulting in severe depression and even physical complications. Please see that I am provided The Gender affirmation surgery That I need. As it is your Job to ensure compliance with M.D.O.C. Policy and ensure my Gender Dysphoria is adequately and effectively treated and P.D. 03.03.130 (G) requires that i recieve medical care "consistant with the contempory standards of medical practice in the community".

Date 2-23-24

Respectfully,

[signature]

Lg.N. Robert Plaster # 846864
JCF
3500 N. ELM RD.
JACKSON, MI. 49201

TGN: Shaylarena Plaster 846864
Shaylarena Plaster

Mail Box on 2-23-24 7:05 Pm

To: Bureau of Health Services

From: Robert Plaster #846864JCF B 39 2/23/24

RE: attempt to resolve

I am a Gender Dysphoric Prisoner in the Michigan Department of Corrections. As such I am being denied proper medical treatment for this condition. The leading Health organization in the world W.P.A.T.H. and almost every medical expert agrees that the only treatment option for my form of severe gender dysphoria is Gender Affirmation Surgery or transition affirming care. I have repeatedly requested this procedure and have been denied time and again resulting in severe depression and even physical complications. Please see that I am provided The Gender affirmation surgery That I need. As it is your Job to ensure compliance with M.D.O.C. Policy and P.D. 03.03.130 (S) requires that I receive medical care "consistent with the contemporary standards of medical practice in the community".

Date 2-23-24

Respectfully,

LN: Robert Plaster
Robert Plaster # 846864
JCF
3500 N. ELM RD.
JACKSON, MI. 49201
TGN: Shaylarena Plaster 846864
Shaylarena Plaster

Mail Box on 2-23-24 7:05 Pm

APPENDIX F

**Mental Health Note**

# Michigan Department of Corrections
# Mental Health Progress Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Plaster, Robert Eugene | | | Off #: | 0846864 |
| Date of Birth: | 12/02/1974 | Sex: | M | Facility: | JCF |
| Date: | 03/13/2024 09:16 | Provider: | Proctor, Gail [GP] MA/LLPC | | |
| Level of Care: | TNR - V | | | | |

**Barriers to Communication:** Hearing Impaired

**Method of Communication:**

Voice Communication without Hearing Aid - DHH

**Acknowledgement of Communication:**

Verbally acknowledges communication was effective

Responded and/or asked appropriate questions

Repeated or rephrased information given

## Reason for Services

Appointment of continued contact for GID

## Comments

Plaster states waiting on court for discovery. Says dad wrote a letter about case. Witnesses recanting. Plaster to contact Innocence Project. Spending more money on lawsuit. The current lawsuit is pending the Judge's ruling. Wants a hearing on disputed facts.
Plaster states tablet is helpful as it reads info out loud. Plaster states having a 3rd grade reading level. Legal writer not doing "shit!" Legal writer not getting back in a timely manner.
"My surgery is the only thing that matters." Plaster admits not telling medical staff what is "really" going on with medical issues. States "I know more than they do."
- Plaster states "only thing that gets me down is my GID." "It's been 8 years I've been dealing with this." Positive is "I won part of lawsuit. staying more to myself because my GID gets to me. Surgery is weighing on me. "
Asked how thing in HU are "good, girls have issues & I try to stay out of it. More girls in our wing, more laid back." "Solicitation from men not there are much."
Plaster plans to send in a "Commutation" to the parole board in a few months.

## Plan/Diagnostic Changes

none

## Follow-up/Next Appointment

see per policy or kite.

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Appropriate

**Thought Content:** Normal

**Diagnosis:**

Gender identity disorder, unspecified, F64.9 - Current, Chronic, See Note

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

APPENDIX G

Kite Responses

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0846864 **Offender Name:** Plaster, Robert Eugene

**Location:** TCF - THUMB CORRECTIONAL FACILITY **Lock:** DB:051:Top:B

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 02/28/2025 |
| **Initiated Date:** | 02/26/2025 |
| **Taken By:** | Nixon, Janet M. [JN3] |
| **Request Type:** | Medical Question |
| **Request Summary:** | "What is the criteria for Approval for Gender Reassignment Surgery. (GRS) (GAS)." |
| **Plan/Action:** | I do not know the answer to your question. The GRC is aware of your request. |
| **Comments:** | |

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0846864 **Offender Name:** Plaster, Robert Eugene

**Location:** TCF - THUMB CORRECTIONAL FACILITY **Lock:** DB:051:Top:B

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 02/28/2025 |
| **Initiated Date:** | 02/26/2025 |
| **Taken By:** | Nixon, Janet M. [JN3] |
| **Request Type:** | Medical Question |
| **Request Summary:** | "I would like to know who the members of the GRC Board are." |
| **Plan/Action:** | I do not know who the members of the GRC Board are. I am unable to locate a list of members. |
| **Comments:** | |

APPENDIX H

CSJ-880 Request/Appeal for a Search Accommodation

10/22/24 Denial for Plaster

2/1/24 Denial for Brownell #659592

1 of 2 Copy's

CSJ-880
REV 10/23

MICHIGAN DEPARTMENT OF CORRECTIONS
# REQUEST / APPEAL FOR A SEARCH ACCOMMODATION

INFORMATION
- This form is to be used for a search accommodation request / appeal pursuant to PD 04.04.110

INSTRUCTIONS
- Please type or print legibly and submit to the Deputy Warden.
- All sections must be completed and signed to process this form.

| Prisoner Number | Prisoner Name | Facility | Lock Number | Today's Date |
|---|---|---|---|---|
| 846864 | Plaster | TCF | DB-51 ~~12-24~~ | 10-09-24 |

[X] Search Accommodation Request [X] Search Accommodation Appeal / Committee Review

**SELECT ONE:**
[X] My sex at birth was male, I identify as female, and I am requesting a search accommodation to be pat-down, clothed-body, strip, and full-body scanner searched by female staff.

OR

[ ] My sex at birth was female, I identity as male, and I am requesting a search accommodation to be strip and full-body scanner searched by male staff.

**ALL PRISONERS MUST COMPLETE THE FOLLOWING:**
[X] I understand the Department will enter my search accommodation in the Department's electronic databases, which will list my gender identity.
[X] I understand my gender identity may be visible to all staff members, as well as other individuals.
[X] I understand the search accommodation is to assist staff with correctly identifying my gender identity for purposes of conducting searches in accordance with my gender identity and PD 04.04.110.
[X] I understand I can rescind this search accommodation at any time, and I can submit a new request one year after the rescission date.
[X] I understand this search accommodation may be revoked by the Warden for inappropriate sexual behavior posing a risk to staff or if I am found in possession of dangerous contraband, and I can submit a new request one year after the guilty finding on the misconduct.
[X] I affirm the contents of this request are true and correct.

Prisoner Signature: [signature]

Date Received:

Deputy Warden:
Documents Reviewed: [X] Misconduct History [X] Other: PSI
[ ] Recommend [X] Not Recommend, include reason: History of inappropriate sexual behavior that poses a risk to staff; Multiple charges of CSC 1st w/ female victims.
Date: 10/22/24
Signature: [signature]

Warden:
[ ] Approved [X] Denied, include reason: Extensive history of sexual behavior including misconducts such as threatening behavior. All pose risk to staff.
Date: 10/23/2024
Signature: Warden F. Artis

Assistant Deputy Director of Operations:
[ ] Approved [X] Denied, include reason: A history of inappropriate sexual behavior that poses a risk to staff.
Date: 11/14/2024
Signature: [signature]

Administrative Assistant:
[ ] Accommodation entered
Date:
Signature:

**Barrier to communication:** [ ] None [ ] Blind/Low Vision [ ] D/HH [ ] Other____
**Primary method of communication:** [ ]ASL [ ]Voice w/HA [ ]Voice w/o HA [ ] Slate [ ]Staff Read [ ]Other____
**If primary method not used, what overriding factor(s) precluded use:** [ ] Emergency [ ] Security [ ] Another equally effective means
**Method used:** [ ] ASL [ ]Voice w/HA [ ]Voice w/o HA [ ] Slate [ ] Staff Read [ ] Other____
**How did staff verify effective communication took place:** [ ] Verbally acknowledged [ ] Responded and/or asked appropriate questions [ ] Repealed or rephrased [ ] Unable to achieve effective communication, need to reschedule.

DISTRIBUTION: White – Facility Head: Copy: Administrative Assistant / Retention

MICHIGAN DEPARTMENT OF CORRECTIONS

REQUEST / APPEAL FOR A SEARCH ACCOMMODATION

REV 5/2022

INFORMATION

- This form is to be used for a search accommodation request / appeal pursuant to PD 04.04.110

INSTRUCTIONS

- Please type or print legibly and submit to the Deputy Warden.
- All sections must be completed and all to process this form.

| Prisoner Number | Prisoner Name | Facility | Lock Number | Today's Date |
|---|---|---|---|---|
| 654592 | Brenden Brownell | MRF | 3-5-13 | 1/11/24 |

☐ Search Accommodation Request ☐ Search Accommodation Appeal / Committee Review

SELECT ONE:

☒ My sex at birth was male, I identify as female, and I am requesting a search accommodation to be pat-down, clothed-body, strip, and full-body scanner searched by female staff.

OR

☐ My sex at birth was female, I identity as male, and I am requesting a search accommodation to be strip and full-body scanner searched by male staff.

ALL PRISONERS MUST COMPLETE THE FOLLOWING:

☒ I understand the Department will enter my search accommodation in the Department's electronic databases, which will list my gender identity.

☒ I understand my gender identity may be visible to all staff members, as well as other individuals.

☒ I understand the search accommodation is to assist staff with correctly identifying my gender identity for purposes of conducting searches in accordance with my gender identity and PD 04.04.110.

☒ I understand I can rescind this search accommodation at any time, and I can submit a new request one year after the rescission date.

☒ I understand this search accommodation may be revoked by the Warden for inappropriate sexual behavior posing a risk to staff or if I am found in possession of dangerous contraband, and I can submit a new request one year after the guilty finding on the misconduct.

☒ I affirm the contents of this request are true and correct.

RECEIVED JAN 22 2024 Deputy Warden's Office

Prisoner Signature: Brenden Brownell

Date Received:

Deputy Warden:

Documents Reviewed: ☐ Misconduct History ☐ Other: 2021- sentenced for Sexual abuse against female children.

☐ Recommend ☒ Not Recommend, include reason:

RECEIVED JAN 30 2024 Deputy Warden's Office

Signature: DW Howard Date: 1/24

Warden:

☐ Approved ☒ Denied, include reason:

Signature: [signature] Date: 02/02/2024

Assistant Deputy Director of Operations:

☐ Approved ☐ Denied, include reason:

MACOMB CORRECTIONAL FACILITY FEB 02 2024 WARDEN'S OFFICE

Signature: Date:

Administrative Assistant:

☐ Accommodation entered

Signature: Date:

**Barrier to communication:** [ ] None [ ] Blind/Low Vision [ ] D/HH [ ] Other______

**Primary method of communication:** [ ]ASL [ ]Voice w/HA [ ]Voice w/o HA [ ] Slate [ ]Staff Read [ ]Other______

**If primary method not used, what overriding factor(s) precluded use:** [ ] Emergency [ ] Security [ ] Another equally effective means

**Method used:** [ ] ASL [ ]Voice w/HA [ ]Voice w/o HA [ ] Slate [ ] Staff Read [ ] Other______

**How did staff verify effective communication took place:** [ ] Verbally acknowledged [ ] Responded and/or asked appropriate questions [ ] Repeated or rephrased [ ] Unable to achieve effective communication, need to reschedule.

DISTRIBUTION: White – Facility Head: Copy: Administrative Assistant / Retention

APPENDIX I

Declaratory Ruling submitted to MDOC

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

March 18, 2025

Robert Plaster #846864
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446

RE: Request for Declaratory Ruling

Dear Mr. Plaster:

Your undated request for a declaratory ruling was received by the Office of Legal Affairs on March 13, 2025.

If you do not receive a ruling within 30 days of receipt of your request, you may consider your request denied pursuant to Administrative Rule 791.1115.

Sincerely,

Michigan Department of Corrections
Office of Legal Affairs

STATE OF MICHIGAN

IN THE DEPARTMENT OF CORRECTIONS

Robert (Shaylarena) Plaster,
on behalf of all
similarly situated prisoners,

Petitioners,

v

Willis Chapman (A.D.D), and
All MDOC Wardens and Dep. Wardens,

Respondents,

_____________________________/

REQUEST FOR DECLARATORY RULING

NOW COMES Petitioner, Robert (Shaylarena) Plaster #846864 as an interested party, filing this request under Admin. Rule 791.1115, asking for clarification of specific constitutional issues and how they apply within the MDOC.

Factual Background

-Requests for Search Accommodation-

1) Since the implementation of PD 04.04.110(UUU)-(CCCC) and CSJ-330 "Request/Appeal for A Search Accommodation", the MDOC has been discriminately applying these requests, denying any trans prisoner with a CSC conviction.

2) PD 04.04.110(WWW) mandates that "requests that are consistent with this policy shall be approved unless the prisoner has a history of inappropriate sexual behavior that poses a risk to staff." At no time has Plaster had any sexual offenses

other than her alleged crime, and at no time has the MDOC justified how this makes her a "risk to staff."

3) Every trans prisoner with a CSC conviction has been denied this search accommodation regardless of the circumstances behind their case, meaning despite the policies language of being inclusive, the custom of denying a specific group of prisoners constitutes discrimination under the Fourteenth Amendment.

4) This blanket ban is being initiated by Deputy Wardens and Wardens across the State, and being condoned by Respondent Chapman. As a result of being denied this accommodation while at JCF, Plaster was sexually assaulted by two separate officers during shakedowns.

-State Issued Clothing for Trans Prisoners-

5) On October 28, 2024, the MDOC implemented a new State Issued Items policy which now permits trans prisoners to request (and be provided) several clothing items that were once only available at WHV. See PD 04.07.110(I).

6) On multiple occasions, Plaster has requested Slacks, Blouses, Panties, Bras, a Robe, and/or T-Shirts. To date, the only items ever provided were the robe and bras. After a conversation with the TCF Quartermaster and Warehouse Supervisor, they informed Plaster that they would not provide <u>any</u> of the requested items other than robes and bras/sports bras because "the policy does not state we have to give you the other items." Attached is a letter from Quartermaster Ridley indicating that all other items must be ordered through catalog.

7) PD 04.07.110(I) unambiguously states that prisoners "<u>shall</u> be issued the following items..."

(1) b. Brassiers
 c. Sports bras
 e. Underpants
(2) Trousers/slacks

(3) Shirts/blouses

(5) T-Shirts

8) This has been an ongoing issue across the State with several trans prisoners being denied requested clothing that is permitted by policy.

Application of the Fourteenth Amendment; PD 04.04.110; PD 04.07.110(I)

9) Prisoners have a constitutional right to equal protection and to not be discriminated against. Does the blanket ban on Search Accommodations for trans prisoners with CSC convictions violate the Fourteenth Amendment or PD 04.04.110(WWW)?

10) PD 04.07.110(I) outlines which clothing items must be provided to prisoners. Are Respondents violating this policy by refusing to provide these items upon request?

Attempts to Exhaust Issues

11) Although Plaster has filed several grievances on these matters, she sought to raise the issue via the Wardens Forum at JCF and TCF. Neither Forum was willing to present the issue because of being transphobic. Upon information and belief, several other trans prisoners have filed similar grievances which receive the same "rubberstamp" type denials. Several Search Accommodation Requests and Appeals have been submitted to no avail, meaning this is Plaster's sole available administrative remedy.

<u>Relief Requested</u>

WHEREFORE, Plaster and all similarly situated prisoners pray this Office will respond within 30-days with answers to these inquiries.

Respectfully,

Date: 3-7-25

Robert Plaster #846864
Thumb Corr. Facility
3225 - John Conley Dr.
Lapeer, Mich. 48446

We don't issue blue -TShirt
Per Warehouse supervision
Phillips, We only issue
bras and sport bras if
You have the Proper medical
detail.

all other items you
have to order out of
Prisoner Catalog.

Quartermaster

T. Ra[illegible]

APPENDIX J

WPATH Standards, pg. 60

## Criteria for genital surgery (two referrals)

The criteria for genital surgery are specific to the type of surgery being requested.

Criteria for hysterectomy and ovariectomy in FtM patients and for orchiectomy in MtF patients:

1. Persistent, well documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a given country;
4. If significant medical or mental health concerns are present, they must be well controlled.
5. 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones).

The aim of hormone therapy prior to gonadectomy is primarily to introduce a period of reversible estrogen or testosterone suppression, before the patient undergoes irreversible surgical intervention.

These criteria do not apply to patients who are having these procedures for medical indications other than gender dysphoria.

Criteria for metoidioplasty or phalloplasty in FtM patients and for vaginoplasty in MtF patients:

1. Persistent, well documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a given country;
4. If significant medical or mental health concerns are present, they must be well controlled;
5. 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones).
6. 12 continuous months of living in a gender role that is congruent with their gender identity;

Although not an explicit criterion, it is recommended that these patients also have regular visits with a mental health or other medical professional.

Rationale for a preoperative, 12-month experience of living in an identity-congruent gender role:

The criterion noted above for some types of genital surgeries – i.e., that patients engage in 12 continuous months of living in a gender role that is congruent with their gender identity – is based on expert clinical consensus that this experience provides ample opportunity for patients to experience and socially adjust in their desired gender role, before undergoing irreversible surgery. As noted in section VII, the social aspects of changing one's gender role are usually challenging – often more so than the physical aspects. Changing gender role can have profound personal and social consequences, and the decision to do so should include an awareness of what the familial, interpersonal, educational, vocational, economic, and legal challenges are likely to be, so that people can function successfully in their gender role. Support from a qualified mental health professional and from peers can be invaluable in ensuring a successful gender role adaptation (Bockting, 2008).

The duration of 12 months allows for a range of different life experiences and events that may occur throughout the year (e.g., family events, holidays, vacations, season-specific work or school experiences). During this time, patients should present consistently, on a day-to-day basis and across all settings of life, in their desired gender role. This includes coming out to partners, family, friends, and community members (e.g., at school, work, other settings).

Health professionals should clearly document a patient's experience in the gender role in the medical chart, including the start date of living full time for those who are preparing for genital surgery. In some situations, if needed, health professionals may request verification that this criterion has been fulfilled: They may communicate with individuals who have related to the patient in an identity-congruent gender role, or request documentation of a legal name and/or gender marker change, if applicable.

## Surgery for Persons with Psychotic Conditions and Other Serious Mental Illnesses

When patients with gender dysphoria are also diagnosed with severe psychiatric disorders and impaired reality testing (e.g., psychotic episodes, bipolar disorder, dissociative identity disorder, borderline personality disorder), an effort must be made to improve these conditions with psychotropic medications and/or psychotherapy before surgery is contemplated. Reevaluation by a mental health professional qualified to assess and manage psychotic conditions should be

# APPENDIX K

## Hospital Records

Munson Healthcare Manistee Hospital
1465 E. Parkdale Avenue, Manistee, MI 49660
Report for: CROMPTON,ROBERT M.D.

Name: PLASTER,ROBERT EUGENE
DOB: 12/02/1974 Age/Sex: 47/M
STATUS: DEP ER
Adm Dr:
Primary: CROMPTON,ROBERT M.D.
Ord Dr:

MR#: M000191978
Acct#: F00018561431
LOC: ER
Room:
DOS: 04/19/22
Time:
Adm Date:

---

ED Report (PDoc)

## History of Present Illness

### General Information

**Date of Service**
4/19/22
**Time Seen by Provider:** 13:34
**Chief Complaint:** PAIN IN RIGHT LEG BEHIND KNEE
**Primary Care Provider**
Crompton,Robert M.D.
**ED Provider**
Morris,Russell PA-C

### History of Present Illness

Patient is a pleasant 47-year-old male from the Oaks correctional facility. He presents with pain behind his upper calf and behind his knee. Its been going on for 4 days. The calf is swollen. It painful when he walks. He is on hormones due to gender transition treatment. He is on 2 estrogens and spironolactone. Patient has no history of blood clots. He did have a rhinoplasty done about a month ago. Patient denies any shortness of breath. He denies any other problems at this time.

## Patient History

### Medical History

Gender dysphoria, allergies

### Surgical History

Rhinoplasty, vasectomy, right carpal tunnel repair

### Social History

Patient is currently incarcerated at the Oaks correctional facility

## Review of Systems

### Review of Systems

A 10 point review of systems is otherwise negative except for was mentioned in the HPI

## Physical Exam

### Physical Examination



846864

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 4/19/22 13:23 | 97.6<br>97.6 | 119 | 17 | 142/89 (106) | 97 | | | |

Patient is awake and alert. No acute distress. Head is normocephalic. Eyes negative. ENT negative. Lungs are clear to auscultation. Heart regular rate and rhythm. Skin is warm and dry. The musculoskeletal exam shows that the right calf is obviously more swollen than the left calf. He is tender over the proximal medial aspect of the calf on the right. He is tender in the popliteal region. He has a somewhat positive Homans' sign on the right as well. Neck is supple. No significant lymphadenopathy in the anterior posterior cervical chain or the superinfected vascular nodes.

## Course

### Course

Patient staffed with Dr. Farley. We will do an ultrasound of the right lower extremity. We will evaluate for the possibility of DVT in the calf or Baker's cyst. The report did come back showing a DVT in the femoral vein. It goes up into the thigh. I did tell the patient that he is likely get a stop the hormones because this is likely the culprit in this case. The patient is upset with this. He states that he would rather be 6 feet under and stop his transition. I did tell him that that was actually a real possibility. That if he developed a large clot it could be lethal. We talked for several minutes in regards to the risks and benefits of being on hormones. Ultimately after a long discussion with the patient we decided that he is getting need to get in touch with his gender identity transition physician. He usually does this through a Zoom consult. I expressed my concern to the officers that are with that they need to try to have the medical people set this up as soon as possible. Ultimately patient states that he will stop his hormones until he talks to his physician. The patient will be started on Eliquis 10 mg twice daily for a week. And then he will go down to 5 mg twice daily after that. Patient at this time will be discharged back to the Oaks facility. We will give him the prescription for the 10 mg twice daily for a week. And then 5 mg twice daily after that. And then they can follow him from there. I did talk with him about the possibility of the clot breaking off. He if he develops severe dyspnea. Chest pain. Pleuritic chest pain. Heaviness in the chest. That he needs to return here to the emergency department.

**Critical Care Time**

Time spent providing critical care independent of any billable procedures, [ ] minutes.

**Imaging**

Ultrasound of the right lower extremity will be obtained. Positive for clot right femoral vein

**HTN Screening**

Hypertension Screening: Last BP [142/89]:
Hypertensive, recommend follow-up with primary physician in 1 month

**EKG Interpretation**

No EKG done

**Procedures**

No procedures

**Medications**

Eliquis 10 mg orally

**Orders**

**My Orders - Morris,Russell PA-C**

| Procedure | Category | Date Time | Status |
|---|---|---|---|
| Dop Venous Lwr Ext Right Us | US | 4/19/22 14:00 | Logged |

**Laboratory Studies**
No labs done at this time

## Disposition

### Clinical Impression

**Impression:**
**Primary Impression:** Dvt femoral (deep venous thrombosis)

### Discharge Condition

STABLE

### Patient Referrals

CROMPTON,ROBERT M.D. (PCP)
As Needed

### Prescriptions

**Apixaban** (Eliquis) 5 Mg Tab
5 MG PO BID for 30 Days, #60
Prov: Morris,Russell PA-C 4/19/22
**Apixaban** (Eliquis) 5 Mg Tab
10 MG PO BID for 7 Days, #14
Prov: Morris,Russell PA-C 4/19/22

## Addendum

### Addendum

Supervising physician addendum: I did not personally evaluate this patient, but I was available in the emergency department for consult as needed.

Morris,Russell PA-C Apr 19, 2022 14:16
Farley,Sean M MD Apr 26, 2022 13:58

Report Dictated By: Morris,Russell PA-C
<Electronically signed by Russell Morris, PA-C>
04/19/22 1700

Munson Healthcare Manistee Hospital
1465 E. Parkdale Avenue, Manistee, MI 49660
Report for: CROMPTON,ROBERT M.D.

Farley,Sean M MD
<Electronically signed by Sean M Farley, MD>
04/26/22 1359

CC To: CROMPTON,ROBERT M.D.; Farley,Sean M MD; Morris,Russell PA-C~

DICT: 04/19/22 1416
TRANS: 04/19/22 1416/MOR.RUS
Job #:

Munson Healthcare Manistee Hospital
1465 E.Parkdale Avenue, Manistee, MI 49660

Report for: CROMPTON,ROBERT M.D.

| | | | |
|---|---|---|---|
| Name: | PLASTER,ROBERT EUGENE | MR#: | M000191978 |
| DOB: | 12/02/1974 Age/Sex: 47/M | Acct#: | F00018561431 |
| | | LOC: | ER |
| Adm Dr: | | Room: | |
| Primary: | CROMPTON,ROBERT M.D. | DOS: | 04/19/22 Time: 1400 |
| Ord Dr: | Morris,Russell PA-C | Adm Date: | |

**ULTRASOUND**

EXAM:
USV LOWER EXT VEIN RT

Ordering Provider: MORRIS, RUSSELL PA-C

HISTORY:
pain above calf. on hormones

COMPARISON:
None.

TECHNIQUE:
Gray scale imaging with compression/augmentation, duplex imaging with spectral waveform analysis, and color flow imaging.

FINDINGS:
Contralateral common femoral vein: Patent.

RIGHT THIGH VEINS:
Common femoral: Patent.
Femoral: Thrombotic occlusion mid femoral vein consistent with acute DVT
Profunda femoral: DVT
Proximal greater saphenous: Patent.
Popliteal: DVT

RIGHT CALF VEINS: DVT

Additional Comments: None.

IMPRESSION:
Deep vein thrombosis right lower extremity.

< Electronically signed by Phelps, David Jr. M.D. >
04/19/2022 14:55

Report Dictated By: PHELPS,DAVID JR. MD

Co-Signer If Needed:

Signed Report

PLASTER,ROBERT EUGENE M000191978 F00018561431

Report for: CROMPTON,ROBERT M.D.

04/19/22 1455

CC TO: CROMPTON,ROBERT M.D.; Morris,Russell PA-C; PHELPS,DAVID JR. MD

DICT: 04/19/22 1455
TRANS: 04/19/22 1455/INT.ELERAD
Job#

Signed Report

APPENDIX L

Affidavit of Josh Mitchell

Affidavit of Joshua Mitchell

I, Joshua Mitchell, being first duly sworn, depose and states the following facts:

1) I am a prisoner currently being housed at the Thumb Correctional Facility in Lapeer, Michigan.

2) I have been diagnosed with Gender Dysphoria since 2019.

3) On or around March 31, 2025, I spoke with Physician Assistant Gina Couturier (a member of the Gender Review Committee) regarding why my diagnosis was Gender Dysphoria, Unspecified (302.6) rather than the appropriate Gender Dysphoria (302.85). She told me all Gender Dysphoric prisoners are diagnosed under the Unspecified designation because the Committee could not prove whether the prisoner was gender dysphoric prior to prison.

4) I am competent and willing to testify to these facts if called to do so.

I affirm under 28 USC § 1746 that the above statements are true to the best of my knowledge, information and belief.

Date: 4-10-25

Joshua Mitchell #734716
3225 John Conley Drive
Lapeer, Mich. 48446

# APPENDIX M

## Diagnosis of Gender Dysphoria Prior to Prison

MICHIGAN DEPARTMENT OF CORRECTIONS

# Kite Response

**Patient Name** Robert Plaster
**Date Received** 07/06/2017
**Time Received**
**Taken By** Kyle D. Wood, M.S.
**Date Initiated** 07/02/2017

**Age** 42 Years

**Action & Resolution**

| Date | Time | User | Detail |
|---|---|---|---|
| 07/06/2017 | 8:07 AM | Kyle D. Wood, M.S. | |

**Complaint/concern**: Routine.

**Call details**: "Are you going to call me out for you to get the papers? I have it ready".

**Call comments**: Mr. Plaster, Mr. Deary is gone all week on vacation. He will call you out when he gets back for a contact.

I want to make it clear to you that I am the supervisor of this mental health unit. Referrals to the psychiatrist have to be approved by me. I also want to make it clear to you that you have been evaluated multiple times for your claim of a GID diagnosis. During your last Comprehensive Psychiatric Evaluation, the psychiatrist indicated that you did not meet the criteria for the GID diagnosis. She also indicated that you could seek re-evaluation if "**he is able to produce evidence substantiating his reports of a diagnosis of GID and treatment prior to incarceration**". If you have that information, I will entertain a possible referral to the psychiatrist. The evidence required is medical documentation from the doctors that treated you.

Kyle D. Wood, MS, LLP
Mental Health Services Manager

Plaster, Robert
846864
12/02/1974

# APPENDIX N

Gender Dysphoria (302.85)

Other Specified Gender Dysphoria (302.6)

# Gender Dysphoria

## Diagnostic Criteria

### Gender Dysphoria in Children 302.6 (F64.2)

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least six of the following (one of which must be Criterion A1):

1. A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).
2. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
3. A strong preference for cross-gender roles in make-believe play or fantasy play.
4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.
5. A strong preference for playmates of the other gender.
6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.
7. A strong dislike of one's sexual anatomy.
8. A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B. The condition is associated with clinically significant distress or impairment in social, school, or other important areas of functioning.

*Specify* if:

**With a disorder of sex development** (e.g., a congenital adrenogenital disorder such as 255.2 [E25.0] congenital adrenal hyperplasia or 259.50 [E34.50] androgen insensitivity syndrome).

**Coding note:** Code the disorder of sex development as well as gender dysphoria.

### Gender Dysphoria in Adolescents and Adults 302.85 (F64.1)

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).
2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).
3. A strong desire for the primary and/or secondary sex characteristics of the other gender.
4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

# Gender Dysphoria

In this chapter, there is one overarching diagnosis of gender dysphoria, with separate developmentally appropriate criteria sets for children and for adolescents and adults. The area of sex and gender is highly controversial and has led to a proliferation of terms whose meanings vary over time and within and between disciplines. An additional source of confusion is that in English "sex" connotes both male/female and sexuality. This chapter employs constructs and terms as they are widely used by clinicians from various disciplines with specialization in this area. In this chapter, *sex* and *sexual* refer to the biological indicators of male and female (understood in the context of reproductive capacity), such as in sex chromosomes, gonads, sex hormones, and nonambiguous internal and external genitalia. Disorders of sex development denote conditions of inborn somatic deviations of the reproductive tract from the norm and/or discrepancies among the biological indicators of male and female. *Cross-sex* hormone treatment denotes the use of feminizing hormones in an individual assigned male at birth based on traditional biological indicators or the use of masculinizing hormones in an individual assigned female at birth.

The need to introduce the term *gender* arose with the realization that for individuals with conflicting or ambiguous biological indicators of sex (i.e., "intersex"), the lived role in society and/or the identification as male or female could not be uniformly associated with or predicted from the biological indicators and, later, that some individuals develop an identity as female or male at variance with their uniform set of classical biological indicators. Thus, *gender* is used to denote the public (and usually legally recognized) lived role as boy or girl, man or woman, but, in contrast to certain social constructionist theories, biological factors are seen as contributing, in interaction with social and psychological factors, to gender development. *Gender assignment* refers to the initial assignment as male or female. This occurs usually at birth and, thereby, yields the "natal gender." *Gender-atypical* refers to somatic features or behaviors that are not typical (in a statistical sense) of individuals with the same assigned gender in a given society and historical era; for behavior, *gender-nonconforming* is an alternative descriptive term. *Gender reassignment* denotes an official (and usually legal) change of gender. *Gender identity* is a category of social identity and refers to an individual's identification as male, female, or, occasionally, some category other than male or female. *Gender dysphoria* as a general descriptive term refers to an individual's affective/cognitive discontent with the assigned gender but is more specifically defined when used as a diagnostic category. *Transgender* refers to the broad spectrum of individuals who transiently or persistently identify with a gender different from their natal gender. *Transsexual* denotes an individual who seeks, or has undergone, a social transition from male to female or female to male, which in many, but not all, cases also involves a somatic transition by cross-sex hormone treatment and genital surgery (*sex reassignment surgery*).

*Gender dysphoria* refers to the distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned gender. Although not all individuals will experience distress as a result of such incongruence, many are distressed if the desired physical interventions by means of hormones and/or surgery are not available. The current term is more descriptive than the previous DSM-IV term *gender identity disorder* and focuses on dysphoria as the clinical problem, not identity per se.

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

*Specify* if:

**With a disorder of sex development** (e.g., a congenital adrenogenital disorder such as 255.2 [E25.0] congenital adrenal hyperplasia or 259.50 [E34.50] androgen insensitivity syndrome).

**Coding note:** Code the disorder of sex development as well as gender dysphoria.

*Specify* if:

**Posttransition:** The individual has transitioned to full-time living in the desired gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one cross-sex medical procedure or treatment regimen—namely, regular cross-sex hormone treatment or gender reassignment surgery confirming the desired gender (e.g., penectomy, vaginoplasty in a natal male; mastectomy or phalloplasty in a natal female).

## Specifiers

The posttransition specifier may be used in the context of continuing treatment procedures that serve to support the new gender assignment.

## Diagnostic Features

Individuals with gender dysphoria have a marked incongruence between the gender they have been assigned to (usually at birth, referred to as *natal gender*) and their experienced/expressed gender. This discrepancy is the core component of the diagnosis. There must also be evidence of distress about this incongruence. Experienced gender may include alternative gender identities beyond binary stereotypes. Consequently, the distress is not limited to a desire to simply be of the other gender, but may include a desire to be of an alternative gender, provided that it differs from the individual's assigned gender.

Gender dysphoria manifests itself differently in different age groups. Prepubertal natal girls with gender dysphoria may express the wish to be a boy, assert they are a boy, or assert they will grow up to be a man. They prefer boys' clothing and hairstyles, are often perceived by strangers as boys, and may ask to be called by a boy's name. Usually, they display intense negative reactions to parental attempts to have them wear dresses or other feminine attire. Some may refuse to attend school or social events where such clothes are required. These girls may demonstrate marked cross-gender identification in role-playing, dreams, and fantasies. Contact sports, rough-and-tumble play, traditional boyhood games, and boys as playmates are most often preferred. They show little interest in stereotypically feminine toys (e.g., dolls) or activities (e.g., feminine dress-up or role-play). Occasionally, they refuse to urinate in a sitting position. Some natal girls may express a desire to have a penis or claim to have a penis or that they will grow one when older. They may also state that they do not want to develop breasts or menstruate.

Prepubertal natal boys with gender dysphoria may express the wish to be a girl or assert they are a girl or that they will grow up to be a woman. They have a preference for dressing in girls' or women's clothes or may improvise clothing from available materials (e.g., using towels, aprons, and scarves for long hair or skirts). These children may role-play female figures (e.g., playing "mother") and often are intensely interested in female fantasy figures. Traditional feminine activities, stereotypical games, and pastimes (e.g., "playing house"; drawing feminine pictures; watching television or videos of favorite female characters) are most often preferred. Stereotypical female-type dolls (e.g., Barbie) are often favorite toys, and girls are their preferred playmates. They avoid rough-and-tumble play and competitive sports and have little interest in stereotypically masculine toys (e.g., cars, trucks). Some may pretend not to have a penis and insist on sitting to urinate. More

rarely, they may state that they find their penis or testes disgusting, that they wish them removed, or that they have, or wish to have, a vagina.

In young adolescents with gender dysphoria, clinical features may resemble those of children or adults with the condition, depending on developmental level. As secondary sex characteristics of young adolescents are not yet fully developed, these individuals may not state dislike of them, but they are concerned about imminent physical changes.

In adults with gender dysphoria, the discrepancy between experienced gender and physical sex characteristics is often, but not always, accompanied by a desire to be rid of primary and/or secondary sex characteristics and/or a strong desire to acquire some primary and/or secondary sex characteristics of the other gender. To varying degrees, adults with gender dysphoria may adopt the behavior, clothing, and mannerisms of the experienced gender. They feel uncomfortable being regarded by others, or functioning in society, as members of their assigned gender. Some adults may have a strong desire to be of a different gender and treated as such, and they may have an inner certainty to feel and respond as the experienced gender without seeking medical treatment to alter body characteristics. They may find other ways to resolve the incongruence between experienced/expressed and assigned gender by partially living in the desired role or by adopting a gender role neither conventionally male nor conventionally female.

## Associated Features Supporting Diagnosis

When visible signs of puberty develop, natal boys may shave their legs at the first signs of hair growth. They sometimes bind their genitals to make erections less visible. Girls may bind their breasts, walk with a stoop, or use loose sweaters to make breasts less visible. Increasingly, adolescents request, or may obtain without medical prescription and supervision, hormonal suppressors ("blockers") of gonadal steroids (e.g., gonadotropin-releasing hormone [GnRH] analog, spironolactone). Clinically referred adolescents often want hormone treatment and many also wish for gender reassignment surgery. Adolescents living in an accepting environment may openly express the desire to be and be treated as the experienced gender and dress partly or completely as the experienced gender, have a hairstyle typical of the experienced gender, preferentially seek friendships with peers of the other gender, and/or adopt a new first name consistent with the experienced gender. Older adolescents, when sexually active, usually do not show or allow partners to touch their sexual organs. For adults with an aversion toward their genitals, sexual activity is constrained by the preference that their genitals not be seen or touched by their partners. Some adults may seek hormone treatment (sometimes without medical prescription and supervision) and gender reassignment surgery. Others are satisfied with either hormone treatment or surgery alone.

Adolescents and adults with gender dysphoria before gender reassignment are at increased risk for suicidal ideation, suicide attempts, and suicides. After gender reassignment, adjustment may vary, and suicide risk may persist.

## Prevalence

For natal adult males, prevalence ranges from 0.005% to 0.014%, and for natal females, from 0.002% to 0.003%. Since not all adults seeking hormone treatment and surgical reassignment attend specialty clinics, these rates are likely modest underestimates. Sex differences in rate of referrals to specialty clinics vary by age group. In children, sex ratios of natal boys to girls range from 2:1 to 4.5:1. In adolescents, the sex ratio is close to parity; in adults, the sex ratio favors natal males, with ratios ranging from 1:1 to 6.1:1. In two countries, the sex ratio appears to favor natal females (Japan: 2.2:1; Poland: 3.4:1).

## Development and Course

Because expression of gender dysphoria varies with age, there are separate criteria sets for children versus adolescents and adults. Criteria for children are defined in a more con-

pressive disorders. In prepubertal children, increasing age is associated with having more behavioral or emotional problems; this is related to the increasing non-acceptance of gender-variant behavior by others. In older children, gender-variant behavior often leads to peer ostracism, which may lead to more behavioral problems. The prevalence of mental health problems differs among cultures; these differences may also be related to differences in attitudes toward gender variance in children. However, also in some non-Western cultures, anxiety has been found to be relatively common in individuals with gender dysphoria, even in cultures with accepting attitudes toward gender-variant behavior. Autism spectrum disorder is more prevalent in clinically referred children with gender dysphoria than in the general population. Clinically referred adolescents with gender dysphoria appear to have comorbid mental disorders, with anxiety and depressive disorders being the most common. As in children, autism spectrum disorder is more prevalent in clinically referred adolescents with gender dysphoria than in the general population. Clinically referred adults with gender dysphoria may have coexisting mental health problems, most commonly anxiety and depressive disorders.

# Other Specified Gender Dysphoria

## 302.6 (F64.8)

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The other specified gender dysphoria category is used in situations in which the clinician chooses to communicate the specific reason that the presentation does not meet the criteria for gender dysphoria. This is done by recording "other specified gender dysphoria" followed by the specific reason (e.g., "brief gender dysphoria").

An example of a presentation that can be specified using the "other specified" designation is the following:

**The current disturbance meets symptom criteria for gender dysphoria, but the duration is less than 6 months.**

# Unspecified Gender Dysphoria

## 302.6 (F64.9)

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The unspecified gender dysphoria category is used in situations in which the clinician chooses *not* to specify the reason that the criteria are not met for gender dysphoria, and includes presentations in which there is insufficient information to make a more specific diagnosis.

Shayla Plaster 816864
Thumb Corr. fac. (TCF)
3225 John Conley Dr.
Lapeer, MI 48446

US POSTAGE PITNEY BOWES
ZIP 48446 $ 010.050
02 7W
0008038245 JUN 26 2025

U.S District court (E.D.)
Attn: Clerk of The Court
231 W. Lafayette Blvd.
Detroit, mich. 48226

U.S. MARSHALS

RECEIVED
JUL 08 2025
CLERK'S OFFICE
U.S. DISTRICT COURT