**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Robert Plaster, #846864

Plaintiff,

Case No.: 2:25-cv-12045
District Judge: Jonathan J.C. Grey
Magistrate Judge: Kimberly J. Altman

v.

Washington et al

Defendants,

ROBERT PLASTER, #846864
*In Pro Per*
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446

CHAPMAN LAW GROUP
Nicholas B. Pillow (P83927)
*Attorney for the VitalCore Defendants*
880 West Long Lake Rd., Suite 150
Troy, MI 48098
(248) 644-6326
npillow@chapmanlawgroup.com

CHAPMAN LAW GROUP
Devlin K. Scarber (P64532)
*Attorney for Fadi Ibrahim, M.D., E'Coe Hill, N.P., Rosilyn Jindal, P.A., and Raziuddin Ali, M.D.*
880 West Long Lake Rd., Suite 150
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com

**DEFENDANTS FADI IBRAHIM, M.D., E'COE HILL, N.P., ROSILYN JINDAL, P.A., AND RAZIUDDIN ALI, M.D.'S NOTICE OF JOINDER AND CONCURRENCE WITH THE VITALCORE DEFENDANTS' MOTION FOR RECONSIDERATION (ECF NO. 54)**

NOW COME Defendants FADI IBRAHIM, M.D., E'COE HILL, N.P., ROSILYN JINDAL, P.A., and RAZIUDDIN ALI, M.D., by and through their attorneys, CHAPMAN LAW GROUP; and hereby give notice of their joinder and concurrence with the VitalCore Defendants' Motion for Reconsideration (**ECF No.**).

The Defendants specifically join in, concur with, and incorporate by reference as if fully restated herein the Defendants' arguments insofar as they apply equally to Defendant. Fed. R. Civ. P. 10(c).

WHEREFORE, Defendants FADI IBRAHIM, M.D., E'COE HILL, N.P., ROSILYN JINDAL, P.A., and RAZIUDDIN ALI, M.D. respectfully requests that this Honorable Court grant the VitalCore Defendants' Motion for Reconsideration and provide any and all such other relief as the Court deems just and equitable.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: October 13, 2026

*/s/Devlin Scarber*

Devlin K. Scarber (P64532)
Attorney for Fadi Ibrahim, M.D.,
E'Coe Hill, N.P., Rosilyn Jindal, P.A.,
and Raziuddin Ali, M.D.
880 West Long Lake Rd., Suite 150
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record. I further certify that a copy of this filing was served on Plaintiff by U.S. Mail at the address listed below:

ROBERT PLASTER, #846864
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446

*/s/ Melissa Kairis*
Melissa Kairis, Paralegal
**On behalf of: Devlin K. Scarber (P64532)**